B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DuBois & Son, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**72-1564567** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL**<br>ZIP Code **33436** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 740180**<br>**Boynton Beach, FL**<br>ZIP Code **33474** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**DuBois & Son, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)**                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DuBois & Son, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert C. Furr**_____
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**_____
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**_____
Firm Name
**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
_____
Address

**561-395-0500  Fax: 561-338-7532**_____
Telephone Number
**March 11, 2010**_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert M. DuBois, Jr.**_____
Signature of Authorized Individual
**Robert M. DuBois, Jr.**_____
Printed Name of Authorized Individual
**Managing Member**_____
Title of Authorized Individual
**March 11, 2010**_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **DuBois & Son, LLC** _____,

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 34 | 672,616.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,544,738.61 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 25,772,331.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 672,616.00 | | |
| Total Liabilities | | | | 27,317,070.36 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **DuBois & Son, LLC**

Case No. _____

_____ ,

Debtor

Chapter _____ **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **DuBois & Son, LLC**                                  ,        Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **DuBois & Son, LLC**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty cash** | - | 18.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Grand Bank & Trust of Florida, operating account No. xxxx1296 Lantana, FL - negative balance.** | - | 0.00 |
| | | **Grand Bank & Trust of Florida Payroll Account No. xxxx8858 Lantana, Florida. Balance is $1,862.47, however, this represents checks which have not yet cleared.** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Florida Power & Light Co** | - | 1,793.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **1,811.00**
(Total of this page)

___2___    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                          ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached list - balance is ($573,546.66)** | **-** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **DuBois & Son, LLC**                                        ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached appraisal.  Value included in B-33.** | - | **0.00** |
| | | **2007 Ford F-150 pickup VIN 1FTRF14W77KD56597; 2008 Ford F-150 Pickup VIN 1FTRF14W58KF06370, 2008 F-150 pickup VIN 1FTRF14W28KB64330, 2008 Ford F0150 pickup VIN 1FTRF14W58KE85357** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached appraisal.  Value included in B-33.** | - | **0.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **See attached appraisal.  Value includes B-25 and B-29.** | - | **670,805.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | **670,805.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **672,616.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*SCHEDULE B25 B-29 & B-33*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

**DATE OF REPORT:**
January 19, 2010

**CLIENT / LOCATIONS:**
Dubois & Son LLC
Main Location – 5450 Flavor Pict Road, Boynton Beach, FL 33436
Additional Locations – Hollis Farm / Old Packing House / Jill Farm / Loxahatchee

**ATTORNEY:**
Robert Furr, Esquire

**EFFECTIVE DATE OF APPRAISAL:**
January 7, 2010

**MARKET VALUATIONS OF PROPERTY:**

DUBOIS & SON – TOTAL ASSETS ........................................ $ 670,805.00
    MAIN LOCATION ........................... $ 520,400.00
    MAIN LOCATION / SHOP ............. $   17,905.00
    HOLLIS FARM ................................ $   45,500.00
    OLD PACKING HOUSE ................ $   11,100.00
    JILL FARM ..................................... $   40,300.00
    LOXAHATCHEE ............................ $   35,600.00

Martin Claire
Senior ISA Appraiser
January 19, 2010

Sworn to and subscribed before me this 19th day of January, 2010.

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold R. Ader
Commission # DD607947
Expires:  OCT. 23, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION | | MARKET VALUE |
|---|---|---|
| 1 | TRAILER BOX – 45' | $ 1,500.00 |
| 1 | TRAILER BOX – 40' | $ 1,000.00 |
| 1 | TRUCK – CHEVROLET – 1989 – FLATBED (#126) | $ 1,000.00 |
| 1 | TRUCK – CHEVROLET – 1989 – FLATBED (#127) | $ 1,000.00 |
| 1 | TRACTOR – MACK – 1995 – DUAL WHEEL (#237) | $ 4,000.00 |
| 1 | TRUCK – GMC – 1987 – FLATBED (#91) | $ 600.00 |
| 1 | TRUCK – CHEVROLET – 1981 – FLATBED POOR CONDITION (#55) | $ 200.00 |
| 1 | TRUCK – GMC – 1987 – FLATBED (#89) | $ 600.00 |
| 1 | TRUCK – FRAZIER – FLATBED – ARMY STYLE 6'x6' – POOR CONDITION (#390) | $ 500.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | MARKET VALUE |
|---|---|
| 1   TRUCK – FRAZIER – FLATBED – ARMY STYLE 6'x6' – IN PARTS | $ 500.00 |
| 1   TRUCK – FRAZIER – FLATBED – ARMY STYLE 6'x6' – IN PARTS | $ 500.00 |
| 1   BUS – GMC – BOWMAN BLUEBIRD | $ 2,000.00 |
| 1   BUS – INTERNATIONAL (#191) | $ 1,000.00 |
| 1   TRUCK – FRAZIER – ARMY STYLE POOR CONDITION | $ 500.00 |
| 1   TRUCK – FORD – FLATBED – POOR CONDITION | $ 300.00 |
| 1   GRADER – GALION – 1975 – RUSTED | $ 2,500.00 |
| 1   FORKLIFT – PROPANE – 2,000 LB CAPACITY 2 STAGE – POOR CONDITION | $ 200.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

11 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

**MAIN LOCATION (CONT.)**                                    **MARKET VALUE**

| | | |
|---|---|---|
| 30 | CULVERTS & PIPE – 24"-48" – VARIOUS LENGTHS RUSTED | $   2,000.00 |
| 1 | SCRAPER – REYNOLDS | $   3,000.00 |
| 1 | TRACTOR – JOHN DEERE 9420 | $ 125,000.00 |
| 20 | SPRINKLER RIGS – JOHN DEERE – ON WHEELS | $   2,000.00 |
| 1 | BALE CHOPPER – GOSSEN – RUSTED POOR CONDITION | $      500.00 |
| 6 | TRAILER BOXES – FOR STORAGE ONLY NOT FOR USE ON ROAD | $   1,200.00 |
| 1 | TRUCK – FRAZIER – FLAT BED – ARMY STYLE 6'x6' – RUSTED | $      300.00 |
| 1 | TRACTOR – JOHN DEERE 4255 – 1991 (#386) | $  15,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

12 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | TRAILER HOPPER | $ 500.00 |
| 1 | PAN – REYNOLDS 12CFFB – 12' – POOR CONDITION | $ 600.00 |
| 1 | PAN – REYNOLDS – SERIAL No. 24356 – 12' POOR CONDITION | $ 600.00 |
| 1 | PAN – JOHN DEERE – 12' – POOR CONDITION | $ 1,000.00 |
| 1 | DISC – RONA – POOR CONDITION | $ 500.00 |
| 1 | SPRAYER – MYERS 6077C – POOR CONDITION | $ 500.00 |
| 1 | DISC FRAME – POOR CONDITION (#8) | $ 100.00 |
| 1 | DISC UNIT – JOHN DEERE – 10" – POOR CONDITION | $ 800.00 |
| 1 | DISC FRAME – AMCO – POOR CONDITION | $ 100.00 |
| 1 | DISC – AMCO – IN PARTS – POOR CONDITION | $ 400.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

13 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | MARKET VALUE |
|---|---|
| 1  DISC – JOHN DEERE – POOR CONDITION (#455) | $ 500.00 |
| 1  DISC – JOHN DEERE – POOR CONDITION (#255) | $ 500.00 |
| 1  DISC – ATHENS 137 – POOR CONDITION | $ 500.00 |
| 1  TRUCK – GMC – JUNK | $ 100.00 |
| 1  SPRAYER – MYERS – POOR CONDITION (#609) | $ 500.00 |
| 1  SPRAYER – MYERS – POOR CONDITION (#610) | $ 500.00 |
| 1  SPRAYER – MYERS – POOR CONDITION (#603) | $ 500.00 |
| 1  SPRAYER – MYERS – POOR CONDITION (#605) | $ 500.00 |
| 6  SPRAYERS – ASSORTED – SCRAP | $ 300.00 |
| 4  BED MOWERS – 6' – ASSORTED – POOR CONDITION | $ 800.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

14 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

### MAIN LOCATION (CONT.)                                    MARKET VALUE

| | | | |
|---|---|---|---|
| 1 | DITCHER – 6' – POOR CONDITION | $ | 400.00 |
| 2 | MULCH BALERS – BIG FOOT – POOR CONDITION | $ | 500.00 |
| 2 | SPRINKLERS – HILL – POOR CONDITION | $ | 300.00 |
| 1 | TRACTOR – OLIVER – IN PARTS | $ | 500.00 |
| 1 | TRUCK – JUNK | $ | 200.00 |
| 2 | TRACTORS – FARMALL – IN PARTS | $ | 800.00 |
| 1 | DISC FRAME – JOHN DEERE – POOR CONDITION | $ | 300.00 |
| 1 | TRUCK / SEMI – WHITE – JUNK | $ | 100.00 |
| 1 | TRUCK – FORD – JUNK (#156) | $ | 100.00 |
| 1 | TRUCK – CHEVROLET – JUNK (#125) | $ | 100.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

15 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | TRACTOR – JOHN DEERE 2955 – 1989 (#350)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 1,000.00 |
| 1 | TRACTOR – JOHN DEERE 4055 – 1985 (#336)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 1,000.00 |
| 1 | TRACTOR – JOHN DEERE 4240 – 1981 (#388)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 1,500.00 |
| 1 | TRACTOR – JOHN DEERE 2950 – 1986 (#368)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 800.00 |
| 1 | TRACTOR – JOHN DEERE – IN PARTS (#341)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 1,000.00 |
| 1 | TRACTOR – JOHN DEERE 4230 – 1976<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 1,000.00 |
| 1 | TRACTOR – JOHN DEERE 4240 – 1981<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 1,500.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | MARKET VALUE |
|---|---|
| 1   TRACTOR – JOHN DEERE – IN PARTS (#315) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,500.00 |
| 1   TRACTOR – JOHN DEERE 4230 – 1976 (#322) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,500.00 |
| 1   TRACTOR – JOHN DEERE 2955 – 1989 (#349) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,000.00 |
| 1   TRACTOR – JOHN DEERE 3255 – 1990 (#363) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,500.00 |
| 1   TRACTOR – JOHN DEERE 3255 – 1990 (#362) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,500.00 |
| 1   TRACTOR – JOHN DEERE 2955 – 1989 (#351) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,000.00 |
| 1   TRACTOR – JOHN DEERE 4230 – 1976 (#338) CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | MARKET VALUE |
|---|---|
| 1   TRACTOR – JOHN DEERE 4230 – 1975 (#317)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,000.00 |
| 1   TRACTOR – JOHN DEERE 4050 – 1985 (#337)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,500.00 |
| 1   FORKLIFT – JOHN DEERE 486E – 2001 (#435)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $    800.00 |
| 1   FORKLIFT – TOYOTA – 1990 (#423)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $    500.00 |
| 1   FORKLIFT – TOYOTA – 1990 – (#425)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $    500.00 |
| 2   TRACTORS – JOHN DEERE 4230 (#385 & #340)<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $   1,000.00 |
| 1   TRACTOR – JOHN DEERE 3255<br>CANNIBALIZED – INOPERABLE – POOR CONDITION | $   2,500.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

18 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | TRACTOR – JOHN DEERE 2855 CANNIBALIZED – INOPERABLE – POOR CONDITION | $ 2,000.00 |
| 8 | TRUCKS – ARMY STYLE – IN FIELD – SCRAP | $ 800.00 |
| 1 | DISC UNIT – JOHN DEERE 455 – POOR CONDITION (#38) | $ 1,000.00 |
| 2 | FERTILIZER HOPPERS – ON WHEELS POOR CONDITION | $ 1,500.00 |
| 1 | INJECTION MACHINE – 6000 – 3 ROW POOR CONDITION | $ 1,000.00 |
| 1 | SPRINKLER – POOR CONDITION | $ 300.00 |
| 1 | PLASTIC MACHINE – KENCO – 6' – POOR CONDITION | $ 600.00 |
| 1 | TRACTOR – JOHN DEERE 7720 – POOR CONDITION | $ 65,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

19 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | DISC – JOHN DEERE 455 – POOR CONDITION (#21) | $ 1,000.00 |
| 1 | PLASTIC UNIT – BELLY – POOR CONDITION | $ 500.00 |
| 1 | TRUCK – FORD F700 – FLATBED – POOR CONDITION | $ 500.00 |
| 40 | TIRES – TRUCK & TRACTOR – USED POOR CONDITION | $ 400.00 |
| 1 | TRACTOR – JOHN DEERE 2955 – WITH HOPPER POOR CONDITION (#354) | $ 15,000.00 |
| 1 | TILLER & SPRAYER – RENALDO – POOR CONDITION | $ 500.00 |
| 1 | TRAILER – FRUEHAUF – 45' – FLATBED – 3 AXLE HEAVY EQUIPMENT MOVER – POOR CONDITION (#907) | $ 3,000.00 |
| 10 | TANKS & SPRAYERS – ASSORTED – IN FIELD POOR CONDITION | $ 1,000.00 |

_____

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | LOT SCRAP, PARTS, STEEL, IRON, ETC. (TOO NUMEROUS TO LIST INDIVIDUALLY) | $    500.00 |
| 14 | TRAILER BOXES – FOR STORAGE ONLY NOT FOR USE ON ROAD – ASSORTED SIZES (IN PLACE VALUATION) (NO VALUE IF MOVED) | $  2,800.00 |
| 1 | TRACTOR – JOHN DEERE 4430 – IN PARTS / JUNK | $  1,000.00 |
| 2 | MOWERS – SIDE ARM – POOR CONDITION | $    800.00 |
| 1 | TRAILER – FLAT BED – DUAL WHEELS HEAVY EQUIPMENT MOVER – POOR CONDITION | $  3,000.00 |
| 1 | TRACTOR SPRAYER – JOHN DEERE – 1980 POOR CONDITION (#4) | $  5,000.00 |
| 3 | PUMPING STATIONS – DIESEL ENGINES WITH CULVERTS – IN GROUND – POOR CONDITION | $  7,500.00 |

_____

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | MARKET VALUE |
|---|---|
| 1   TRACTOR – JOHN DEERE 4255 – 1991 WITH MYERS SPRAY RIG | $  20,000.00 |
| 1   TRACTOR – JOHN DEERE 4230 – 1976 (#320) | $   6,000.00 |
| 1   TRACTOR – JOHN DEERE 4050 – 1985 (#332) | $   8,000.00 |
| 1   TRACTOR – JOHN DEERE 4050 – 1985 (#334) | $   8,000.00 |
| 1   TRACTOR – JOHN DEERE 4230 – 1976 (#357) | $   6,000.00 |
| 1   TRACTOR SPRAYER – JOHN DEERE 6000 | $   2,000.00 |
| 1   TRACTOR – JOHN DEERE 4240 – 1981 (#345) | $  10,000.00 |
| 1   FERTILIZER HOPPER – ON WHEELS (#13) | $   1,000.00 |
| 1   TRUCK – GMC 7000 – 1987 – FLAT BED | $   1,000.00 |
| 1   TRACTOR – JOHN DEERE 4050 – 1985 | $   6,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

22 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | TRACTOR – JOHN DEERE – WITH SPREADER (#62) | $ 5,000.00 |
| 1 | GENERATOR SET – WACKER G85 – ON TRAILER | $ 8,000.00 |
| 6 | HOSES – ON PALLETS | $ 300.00 |
| 1 | GARBAGE HAULING TRUCK – FORD – 1990 | $ 1,500.00 |
| 3 | EQUIPMENT TRAILERS – ASSORTED | $ 1,800.00 |
| 1 | JEEP WAGONEER – 1978 – OLD | $ 500.00 |
| 1 | TRACTOR – PETERBILT – 1989 – SLEEPER CAB DIESEL – DUAL WHEELS | $ 4,000.00 |
| 4 | PICKUP TRUCKS – FORD F-150 – 2008 | LEASED |

Martin Claire
Senior ISA Appraiser
January 19, 2010

23 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION (CONT.) | | MARKET VALUE |
|---|---|---|
| 4,000 | STORAGE BINS – PLASTIC – 4x4 – 20 BUSHEL (HIGHER VALUE IN SMALLER QUANTITIES) (IT WILL BE DIFFICULT TO REALIZE ANY MORE VALUE IF TOTAL QUANTITY HAD TO BE SOLD IN A SHORT PERIOD OF TIME) | $ 60,000.00 |
| 1 | LOT PARTS, HOSES, TOOLS, SMALL ITEMS, ETC. TOO NUMEROUS TO LIST INDIVIDUALLY THROUGHOUT ENTIRE FACILITY | $ 2,000.00 |
| 1 | LOT COMPUTERS – WITH SERVER & SOFTWARE THROUGHOUT MAIN BUILDING – OVER 6 YEARS OLD | $ 5,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

24 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| | MAIN LOCATION / SHOP | MARKET VALUE |
|---|---|---|
| 1 | ICE MACHINE – SCOTSMAN | $ 300.00 |
| 3 | TABLES | $ 75.00 |
| 1 | GENERATOR – JOHN DEERE AC-G6000H | $ 1,000.00 |
| 1 | POWER UNIT – JOHN DEERE | $ 1,500.00 |
| 2 | HAND TRUCKS | $ 40.00 |
| 1 | PARTS WASHER / DEGREASER PUREWASH SYSTEMS | $ 75.00 |
| 2 | FLOOR FANS – LARGE | $ 200.00 |
| 1 | PRESS – CAROLINA – 30 TON | $ 400.00 |
| 4 | VICES | $ 80.00 |
| 1 | LADDER – 6' | $ 25.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

25 OF 39

Harry P. Stampler, Inc.

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION / SHOP (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | GRINDER – CHICAGO POWER TOOLS WITH WIRE WHEEL | $ 30.00 |
| 1 | BATTERY CHARGER / STARTER – NAPA | $ 50.00 |
| 1 | BATTERY CHARGER / STARTER – CARQUEST | $ 60.00 |
| 5 | ROLLING CARTS | $ 100.00 |
| 1 | AIR TANK – PORTABLE | $ 25.00 |
| 1 | ACETYLENE / OXYGEN SYSTEM – WITH CART | $ 75.00 |
| 1 | REFRIGERATOR – MAGIC CHEF – SMALL | $ 25.00 |
| 2 | HOSE CARTS / ASSEMBLY SYSTEMS | $ 60.00 |
| 1 | HOSE CRIMPING MACHINE – GATES PC707 | $ 50.00 |
| 1 | POWER CUTTER – GATES – FOR HOSES | $ 30.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

26 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION / SHOP (CONT.) | | MARKET VALUE |
|---|---|---|
| 2 | SHELVING UNITS – WITH ASSORTED PARTS | $ 40.00 |
| 1 | LOT PARTS ROOM – WITH CONTENTS PARTS, HOSES, BELTS, CLAMPS, ETC. | $ 1,500.00 |
| 1 | LOT UPSTAIRS – WITH CONTENTS PARTS, HOSES, BELTS, CLAMPS, ETC. | $ 2,000.00 |
| 1 | SHOP VAC | $ 25.00 |
| 1 | BATTERY CHARGER – NAPA 85-3000 | $ 30.00 |
| 1 | HAND CART | $ 20.00 |
| 1 | TOOL BOX – MAC – ON WHEELS – RED | $ 50.00 |
| 1 | TOOL BOX – MAC – ON WHEELS – BLACK | $ 50.00 |
| 1 | WORK TABLE | $ 140.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

27 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| | MAIN LOCATION / SHOP (CONT.) | MARKET VALUE |
|---|---|---|
| 1 | MICROWAVE – EMERSON – OLD | $ 10.00 |
| 1 | WATER MACHINE | $ 25.00 |
| 1 | ROTARY LIFT | $ 1,000.00 |
| 3 | JACKS – HYDRAULIC | $ 45.00 |
| 2 | TABLES – ON WHEELS | $ 40.00 |
| 1 | GENERATOR – PORTABLE – LARGE ON WHEELS / TRAILER | $ 5,000.00 |
| 1 | LIFT – SMALL | $ 100.00 |
| 1 | PARTS WASHER / DEGREASER | $ 50.00 |
| 1 | JACK – 4 TON | $ 30.00 |
| 1 | FLOOR FAN – LARGE | $ 75.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

28 OF 39

Harry P. Stampler, Inc.

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

### MAIN LOCATION / SHOP (CONT.)

| | | MARKET VALUE |
|---|---|---|
| 1 | EDGER – McCLANE | $ 25.00 |
| 2 | JACKS – PORTABLE | $ 60.00 |
| 1 | ENGINE HOIST | $ 100.00 |
| 1 | FORKLIFT – TOYOTA – PROPANE | $ 1,000.00 |
| 1 | BATTERY CHARGER – MILLER | $ 50.00 |
| 1 | DRILL PRESS – DAYTON – 20" | $ 75.00 |
| 2 | WELDING MACHINES – IDEAL ARC 250 | $ 200.00 |
| 2 | WORK TABLES | $ 40.00 |
| 2 | VICES | $ 30.00 |
| 1 | TOOL BOX – SNAP ON – ON WHEELS | $ 50.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

29 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION / SHOP (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | PIPE CUTTING MACHINE – RACINE – OLD | $    20.00 |
| 1 | METAL BENDING / ROLLING MACHINE PETERS MACHINERY | $   500.00 |
| 1 | METAL SHEAR MACHINE – KYSOR JOHNSON – OLD | $   200.00 |
| 2 | FLOOR FANS | $   100.00 |
| 1 | LADDER – ALUMINUM – 16' | $    50.00 |
| 1 | METAL CUTTING BAND SAW – CAROLINA | $   300.00 |
| 1 | BAND SAW – DAYTON – 7"x12" | $   200.00 |
| 1 | LADDER – 4' | $    15.00 |
| 1 | WELDING MACHINE – LINCOLN ELECTRIC RANGER 10-LX | $   100.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| MAIN LOCATION / SHOP (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | REFRIGERATOR – SANYO – SMALL | $ 25.00 |
| 1 | PIPE CUTTER – RIDGID | $ 30.00 |
| 1 | REFRIGERATOR – HOT POINT | $ 50.00 |
| 1 | AIR HOSE | $ 20.00 |
| 1 | GRINDER – WITH WIRE WHEEL | $ 25.00 |
| 1 | RADIAL ARM SAW | $ 100.00 |
| 1 | TABLE SAW | $ 50.00 |
| 3 | WORK TABLES | $ 60.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

31 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| HOLLIS FARM | | MARKET VALUE |
|---|---|---|
| 1 | TRUCK – KODIAK – 1996 – FLATBED (#245) | $ 1,000.00 |
| 1 | TRUCK – GMC – 1986 – FLATBED (#246) | $ 500.00 |
| 1 | TRACTOR – JOHN DEERE 4240 – 1981 | $ 8,000.00 |
| 1 | SPRAYER – ON WHEELS | $ 600.00 |
| 1 | TRAILER – WABASH – 1996 – FLATBED – 45' | $ 1,500.00 |
| 1 | TRUCK – KODIAK – 1996 – FLATBED (#244) | $ 1,000.00 |
| 2 | EQUIPMENT TRAILERS – 20' | $ 1,600.00 |
| 2 | FUEL TANKS – 500 GALLON | $ 400.00 |
| 5 | TRAILER BOXES – FOR STORAGE USE ONLY ASSORTED SIZES – POOR CONDITION | $ 100.00 |
| 1 | TRACTOR – JOHN DEERE 4240 | $ 8,000.00 |

_Martin Claire_
Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| HOLLIS FARM (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | SPRAYER – ON WHEELS | $ 600.00 |
| 1 | TRACTOR – JOHN DEERE 2950 – 1986 FAIR CONDITION | $ 10,000.00 |
| 1 | TRACTOR – JOHN DEERE 2950 – 1986 GOOD CONDITION | $ 12,000.00 |
| 1 | LOT SCRAP, METAL, PIPES, ETC. – ASSORTED | $ 200.00 |

_Martin Claire_
Martin Claire
Senior ISA Appraiser
January 19, 2010

33 OF 39

_Harry P. Stampler, Inc._

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| OLD PACKING HOUSE | | MARKET VALUE |
|---|---|---|
| 32 | TRAILERS – FOR STORAGE USE ONLY – 40'<br>NOT FOR USE ON ROADS – POOR CONDITION<br>(IN PLACE VALUATION)<br>(NOT ECONOMICALLY FEASIBLE TO MOVE) | $   6,400.00 |
| 1 | LOT PACKING HOUSE – WITH CONTENTS<br>STEEL TABLES, CONVEYOR SYSTEMS, FILLING LINES<br>OLD – NOT OPERATIONAL – POOR CONDITION<br>PARTS VALUE | $   3,000.00 |
| 1 | LOT PLASTIC SHEETING – FOR FARMING<br>CONTENTS OF TRAILERS & IN YARD<br>USED – POOR CONDITION<br>(IN PLACE VALUATION)<br>(NO SALVAGE VALUE IF NEEDED TO MOVE) | $   1,000.00 |
| 5 | STORAGE TANKS – DIESEL FUEL | $      500.00 |
| 1 | LOT SALVAGE – CULVERTS, SCRAP, ETC. | $      200.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

34 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| JILL FARM | | MARKET VALUE |
|---|---|---|
| 25 | TRAILER BOXES – FOR STORAGE ONLY NOT FOR USE ON ROAD – ASSORTED SIZES OLD – POOR CONDITION (IN PLACE VALUATION) (NO VALUE IF MOVED) | $ 5,000.00 |
| 1 | TRUCK – KODIAK – 1996 – FLATBED (#243) | $ 2,000.00 |
| 2 | MOBILE HOMES – FLEETWOOD BROADMORE DOUBLE WIDE – INSTALLED (IN PLACE VALUATION) | $ 10,000.00 |
| 4 | TRAILERS – FLATBED – 40' – ASSORTED | $ 4,000.00 |
| 4 | CARGO TRAILERS – WELLS CARGO – SMALL | $ 1,200.00 |
| 1 | SPRAYER – ON WHEELS | $ 500.00 |
| 1 | TRUCK / TRACTOR – MACK – 1995 (#233) | $ 5,000.00 |
| 12 | PUMPS – 24"-48" – ASSORTED WITH CULVERT PIPES – VARIOUS CONDITIONS | $ 6,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| JILL FARM (CONT.) | | MARKET VALUE |
|---|---|---|
| 1 | GRADER – JOHN DEERE 772BH – 1991 POOR CONDITION | $ 6,000.00 |
| 4 | STORAGE TANKS | $ 600.00 |

_Martin Claire_
Martin Claire
Senior ISA Appraiser
January 19, 2010

36 OF 39

_Harry P. Stampler, Inc._

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

| LOXAHATCHEE | | MARKET VALUE |
|---|---|---|
| 2 | MOBILE HOMES – POOR CONDITION (IN PLACE VALUATION) | $ 8,000.00 |
| 10 | TRAILER BOXES – FOR STORAGE USE ONLY ASSORTED SIZES – POOR CONDITION (IN PLACE VALUATION) | $ 2,000.00 |
| 6 | STORAGE TANKS – ASSORTED | $ 600.00 |
| 1 | SPRAYER TANK | $ 200.00 |
| 1 | HOPPER – ON WHEELS | $ 300.00 |
| 1 | BUS – CONVERTED INTO FLATBED TRUCK POOR CONDITION | $ 500.00 |
| 4 | TRUCKS – ASSORTED – SCRAP | $ 800.00 |
| 1 | TRACTOR – JOHN DEERE | $ 6,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

37 OF 39

*Harry P. Stampler, Inc.*

# DUBOIS & SON LLC

## PERSONAL PROPERTY APPRAISAL

**LOXAHATCHEE (CONT.)**                                                  **MARKET VALUE**

| | | |
|---|---|---|
| 1. | PUMP – WITH JOHN DEERE ENGINE CULVERTS INSTALLED | $ 2,000.00 |
| 1 | PUMP – WITH DIESEL ENGINE CULVERTS INSTALLED | $ 2,000.00 |
| 6 | PUMPS – WITH DIESEL ENGINES CULVERTS INSTALLED | $ 12,000.00 |
| 1 | TANK – 500 GALLON – DIESEL FUEL STORAGE | $ 200.00 |
| 1 | LOT CULVERTS, PIPE, PUMP PARTS, ETC. POOR CONDITION | $ 1,000.00 |

Martin Claire
Senior ISA Appraiser
January 19, 2010

38 OF 39

*Harry P. Stampler, Inc.*

SCHEDULE B-16

Nov 04, 2009 11:00:39

## Summary Of Outstanding Invoices
### DuBois & Son LLC

ACCTS RECEIVABLE

| Customer Name | Cust ID | Phone | Credit Limit | # of Invc | Balance | Avg Days | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | Later | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beavis LTEE | BEAUVA | (514) 871-0226 | 50,000.00 | 1 | -337.16 | 168 | .00 | .00 | .00 | .00 | .00 | 337.16 |
| Custom-Pak Inc. | CUSTPA | (239) 657-4421 | 50,000.00 | 1 | 64.00 | 168 | .00 | .00 | .00 | .00 | 64.00 | .00 |
| G & G Produce Corporation | G&G | | 20,000.00 | 0 | -50,000.00 | | | | | | | 50,000.00 |
| J & J Produce Inc. | JUPR | (561) 422-9777 | 50,000.00 | 0 | -85,116.00 | | | | | | | 85,116.00 |
| Mancini Packing Co. | 320 | (863) 735-2000 | 50,000.00 | 1 | 9.60 | 170 | .00 | .00 | .00 | .00 | 9.60 | .00 |
| Pacific Collier Fresh Co. | PACI | (239) 657-5242 | 50,000.00 | 1 | -1,293.50 | 168 | .00 | .00 | .00 | .00 | .00 | 1,293.50 |
| Rosemont RPC | RMFRPC | | .00 | 0 | -436,800.00 | | | | | | | 436,800.00 |
| Total: | | | | 4 | -573,473.06 | | .00 | .00 | .00 | .00 | 73.60 | 573,546.66 |
| Total Percent: | | | | | | | .00% | .00% | .00% | .00% | .01% | 100.01% |

B6D (Official Form 6D) (12/07)

In re   **DuBois & Son, LLC**                                                                                  Case No. _____
                                                                  ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Ford Credit**<br>**POB 105697**<br>**Atlanta, GA 30348-5697** | | - | **2007 Ford F-150 pickup VIN 1FTRF14W77KD56597; 2008 Ford F-150 Pickup VIN 1FTRF14W58KF06370, 2008 F-150 pickup VIN 1FTRF14W28KB64330, 2008 Ford F0150 pickup VIN 1FTRF14W58KE85357** | | | | | |
| | | | Value $                              **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Grand Bank & Trust of Florida**<br>**2055 Palm Beach Lakes Blvd.**<br>**West Palm Beach, FL 33409** | X | - | **Security Agreement**<br><br>**See attached appraisal.  Value included in B-33.** | X | X | | | |
| | | | Value $                                 **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**R. DuBois Properties, LLC**<br>**POB 740180**<br>**Boynton Beach, FL 33474-0180** | | - | **Security Agreement (Chattel Mortgage)**<br><br>**See attached appraisal.  Value included in B-33.** | X | X | | | |
| | | | Value $                                 **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Robert M. DuBois Sr. Revocable Trust**<br>**POB 740180**<br>**Boynton Beach, FL 33474** | | - | **Security Agreement (Chattel Mortgage)**<br><br>**See attached appraisal.  Value included in B-33.** | X | X | | | |
| | | | Value $                                 **0.00** | | | | **Unknown** | **Unknown** |

__0__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07)

.

In re  **DuBois & Son, LLC**                                                        Case No. _____
                                                                        ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **DuBois & Son, LLC**                                                          ,  Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668** | X | - | **Florida U.C. Fund for DuBois Harvesting, Inc.** | | | | 30,105.95 | 30,105.95 | 0.00 |
| Account No. **Internal Revenue Service POB 21126 Philadelphia, PA 19114** | | - | **FICA taxes** | | | | 230,211.41 | 0.00 | 230,211.41 |
| Account No. **Internal Revenue Service POB 21126 Philadelphia, PA 19114** | X | - | **FICA taxes - DuBois Harvesting, Inc.** | | | | 1,218,126.10 | 1,218,126.10 | 0.00 |
| Account No. **Internal Revenue Service POB 21126 Philadelphia, PA 19114** | X | - | **FUTA taxes, DuBois Harvesting, Inc.** | | | | 24,988.66 | 0.00 | 24,988.66 |
| Account No. **Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715** | | - | **Tangible Personal Property Tax** | | | | 41,306.49 | 41,306.49 | 0.00 |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,544,738.61 | 1,289,538.54 / 255,200.07 |
| Total (Report on Summary of Schedules) | 1,544,738.61 | 1,289,538.54 / 255,200.07 |

B6F (Official Form 6F) (12/07)

In re   **DuBois & Son, LLC**  _____,   Case No. _____

_Debtor_

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Agricare**<br>**1091 SE Buttonwood Cir**<br>**Stuart, FL 34997** | | - | 6/10/09<br>**Miscellaneous goods and services** | | | | 4,000.00 |
| Account No.<br><br>**Air Ref, Inc.**<br>**550 Industrial Way #D**<br>**Boynton Beach, FL 33426** | | - | April - September 2009<br>**Miscellaneous goods and services** | | | | 1,099.06 |
| Account No.<br><br>**Aspen Publishers, Inc.**<br>**4829 Innovation Way**<br>**Chicago, IL 60682-0048** | | - | 5/19/09<br>**Miscellaneous goods and services** | | | | 331.00 |
| Account No.<br><br>**AT&T**<br>**POB 105262**<br>**Atlanta, GA 30348-5262** | | - | 2009<br>**Telephone service** | | | | 8,173.73 |

___24___ continuation sheets attached

Subtotal
(Total of this page)

13,603.79

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBois & Son, LLC**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  AT&T Mobility  POB 6463  Carol Stream, IL 60197-6463 | - | | August - October, 2009  Telephone service | | | | 315.79 |
| Account No.  Barbara DuBois  921 SW 36 Av  Boynton Beach, FL 33435 | - | | 1/2/09 - 9/1/09  Loan | | | | 400,000.00 |
| Account No.  Bartolome Salazar  9130 W Atlantic Av  Delray Beach, FL 33446 | - | | September, 2009  Miscellaneous goods and services | | | | 305.65 |
| Account No.  Beauvis LTEE  27 Rue St-Louis  Villa Lemoyne  Quebec J4R 2L3  CANADA | - | | Credit balance | | | | 337.16 |
| Account No.  Beefy Produce, Inc.  14339 Smith Sundy Rd  Delray Beach, FL 33446 | - | | April - June, 2009  Miscellaneous goods and services | | | | 2,119.35 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

403,077.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beefy Tree Farm, Inc.**<br>**14339 Smith Sundy Rd**<br>**Delray Beach, FL 33446** | - | | **March - June, 2009**<br>**Miscellaneous goods and services** | | | | 5,082.05 |
| Account No.<br><br>**Briggs Construction Equipment, Inc.**<br>**POB 409794**<br>**Atlanta, GA 30384-9794** | - | | **2009**<br>**Miscellaneous goods and services** | | | | 41,101.43 |
| Account No.<br><br>**Carl's Pest Control, Inc.**<br>**3960 89th Rd S**<br>**Boynton Beach, FL 33436** | - | | **July - October, 2009**<br>**Pest Control** | | | | 240.53 |
| Account No.<br><br>**Carquest Auto Parts Stores**<br>**POB 404875**<br>**Atlanta, GA 30384-4875** | - | | **7/31/09**<br>**Auto parts** | | | | 18.76 |
| Account No.<br><br>**Certex USA, Inc.**<br>**POB 201553**<br>**Dallas, TX 75320-1553** | - | | **4/20/09**<br>**Miscellaneous goods and services** | | | | 219.39 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,662.16

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

3/11/10 10:05AM

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBois & Son, LLC**
                    Debtor
                                                  Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Comcast<br>POB 105184<br>Atlanta, GA 30348-5184 | - | | October - November, 2009<br>Miscellaneous goods and services | | | | 356.74 |
| Account No.<br><br>DuBois Farms, Inc.<br>5450 Flavor Pict Rd<br>Boynton Beach, FL 33436 | - | | Accounts payable by former company | | | | 91,215.14 |
| Account No.<br><br>Enterprise Fleet Service<br>Accounts Receivable<br>POB 970639<br>Coconut Creek, FL 33097 | - | | October, 2009<br>Miscellaneous goods and services | | | | 9,425.32 |
| Account No.<br><br>Enterprise Truck Brokers, Inc.<br>1300 S French Av #6A<br>Sanford, FL 32771 | - | | Janaury - Auguast, 2009<br>Miscellaneous goods and services | | | | 6,273.11 |
| Account No.<br><br>Envirospec, Inc.<br>2755 S Federal Hwy #3<br>Boynton Beach, FL 33435 | - | | 8/24/09<br>Miscellaneous goods and services | | | | 4,217.50 |

Sheet no. __3__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **111,487.81**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DuBois & Son, LLC**                                                                    , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Everglades Farm Equipment Co.** <br> **POB 910** <br> **Airprot Rd** <br> **Belle Glade, FL 33430** | - | | **April - October, 2009** <br> **Miscellaneous goods and services** | | | | **76,761.37** |
| Account No. <br><br> **FCCI Insurance Company** <br> **POB 58005** <br> **Sarasota, FL 34232-0801** | - | | **June - October, 2009** <br> **Workers Compensation Insurance** | | | | **52,072.00** |
| Account No. <br><br> **FCCI Insurance Group** <br> **POB 58005** <br> **Sarasota, FL 34232-0801** | - | | **July - September, 2009** <br> **Insurance** | | | | **31,398.32** |
| Account No. <br><br> **Federal Express Corp.** <br> **POB 660481** <br> **Dallas, TX 75266-0481** | - | | **August - September, 2009** <br> **Miscellaneous goods and services** | | | | **274.70** |
| Account No. <br><br> **Finishmaster, Inc.** <br> **POB 532587** <br> **Atlanta, GA 30353-2587** | - | | **April, 2009** <br> **Miscellaneous goods and services** | | | | **1,012.51** |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**161,518.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DuBois & Son, LLC**                                                                                     , Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | **June - November, 2009**<br>**Utility services** | | | | |
| **Florida Power & Light**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | | | | | | | | | **18,300.05** |
| Account No. | | | - | | **August to September 2009**<br>**Miscellaneous goods and services** | | | | |
| **Ford Credit**<br>**POB 105697**<br>**Atlanta, GA 30348-5697** | | | | | | | | | **7,228.16** |
| Account No. | | | - | | **September - October, 2009**<br>**Miscellaneous goods and services** | | | | |
| **Four Steel**<br>**POB 1490**<br>**Boynton Beach, FL 33425** | | | | | | | | | **695.98** |
| Account No. | | | - | | **Credit balance** | | | | |
| **G&G Produce Corporation**<br>**11890 NW 87 Ct, Bay 1, 2, 3**<br>**Hialeah Gardens, FL 33018** | | | | | | | | | **0.00** |
| Account No. | | | - | | **March - July, 2009**<br>**Miscellaneous goods and services** | | | | |
| **G. Neil**<br>**POB 451179**<br>**Sunrise, FL 33345-1179** | | | | | | | | | **372.92** |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,597.11**

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBois & Son, LLC**                                             Case No. _____
                                          ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gentry Apiaries, Inc.<br>POB 1032<br>Loxahatchee, FL 33470 | | - | April, 2009<br>Miscellaneous goods and services | | | | 12,032.00 |
| Account No. xxxx1099<br><br>Grand Bank & Trust<br>POB 3705<br>West Palm Beach, FL 33402-3705 | X | - | 11 & 12/09<br>Guaranty of Mortgage from Robert M. DuBois Sr., Revocable Living Trust and DuBois Properties, LLC | | | | 4,172,135.15 |
| Account No. xxxxxx0369<br><br>Grand Bank & Trust<br>POB 3705<br>West Palm Beach, FL 33402-3705 | | | 6/1/09<br>Loan | | | | 2,000,000.00 |
| Account No. xxxx1081<br><br>Grand Bank & Trust<br>POB 3705<br>West Palm Beach, FL 33402-3705 | X | - | 11 & 12/09<br>Mortgage from DuBois & Son, LLC, Robert M. Dubois Sr. Revocable Living Truste and R. Dubois Properties, LLC | | | | 4,899,795.00 |
| Account No.<br><br>Grand Central Engineering<br>6753 Kingspointe Pkwy #112<br>Orlando, FL 32819 | | - | July, 2009<br>Miscellaneous goods and services | | | | 485.66 |

Sheet no. __6__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        11,084,447.81

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBois & Son, LLC** _____,    Case No. _____

_____Debtor_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/08 to 10/09 Miscellaneous goods and services | | | | |
| Gulf Seed, Inc. 1648 Loves Point Dr Leesburg, FL 34748 | - | | | | | | 829,068.75 |
| Account No. | | | 4/15/09 Miscellaneous goods and services | | | | |
| Gulfstream Graphics, Inc. 955 S Congress Av #103 Delray Beach, FL 33445 | - | | | | | | 492.67 |
| Account No. | | | 2007-2008 Miscellaneous goods and services | | | | |
| Helena Chemical Co. POB 198153 Atlanta, GA 30384-8153 | - | | | | | | 159,008.58 |
| Account No. | | | December 2008 to October 2009 Miscellaneous goods and services | | | | |
| Hendrix and Dail, Inc. 7610 US Hwy 41 North Palmetto, FL 34221 | - | | | | | | 181,017.15 |
| Account No. | | | January - August, 2009 Propane service | | | | |
| Heritage Propane 14591 S Military Tr Delray Beach, FL 33484 | - | | | | | | 6,306.70 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,175,893.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                                ,                    Case No. _____

                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | May - October, 2009 Miscellaneous goods and services | | | | |
| Home Depot Credit Services POB 6029 The Lakes, NV 88901-6029 | - | | | | | | |
| | | | | | | | 3,743.25 |
| Account No. | | | 12/31/06 - 7/31/09 Miscellaneous goods and services | | | | |
| Howard Fertilizer & Chemical Co., Inc. POB 850001 Orlando, FL 32885-0413 | - | | | | | | |
| | | | | | | | 2,137,660.65 |
| Account No. | | | 8/31/09 Miscellaneous goods and services | | | | |
| Hydraulic Supply Co., Inc. POB 552530 Fort Lauderdale, FL 33355 | - | | | | | | |
| | | | | | | | 254.94 |
| Account No. | | | April - May, 2009 Miscellaneous goods and services | | | | |
| I C Industries, Inc. POB 919271 Orlando, FL 32891-9271 | - | | | | | | |
| | | | | | | | 48,909.16 |
| Account No. | | | September - October, 2009 Utilities | | | | |
| Indiantown Gas Company POB 8 Indiantown, FL 34956 | - | | | | | | |
| | | | | | | | 197.43 |

Sheet no. __8___ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,190,765.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **DuBois & Son, LLC**                                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | March - May, 2008 Miscellaneous goods and services | | | | |
| International Paper POB 532629 Atlanta, GA 30353-2629 | - | | | | | | | 291,038.16 |
| Account No. | | | | April - June, 2009 Miscellaneous goods and services | | | | |
| J & J Auto Electric 4705-D Southern Blvd West Palm Beach, FL 33415-2096 | - | | | | | | | 3,247.80 |
| Account No. | | | | Credit balance | | | | |
| J&J Produce, Inc. 4003 Seminole Pratt Whitney Rd Loxahatchee, FL 33470 | - | | | | | | | 85,116.00 |
| Account No. | | | | May, 2008 - October, 2009 Miscellaneous goods and services | | | | |
| James Bunting 3149 Millwood Terrace, M219 Boca Raton, FL 33431 | - | | | | | | | 10,647.59 |
| Account No. | | | | Loan | | | | |
| Joan DuBois 10679 Spicewood Tr Boynton Beach, FL 33435 | - | | | | | | | 649,966.87 |

Sheet no. __9___ of __24___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,040,016.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re __**DuBois & Son, LLC**_____,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>John B. Kennelly<br>6849 Cobia Cir<br>Boynton Beach, FL 33437 | - | | March - October, 2009<br>Miscellaneous goods and services | | | | 114,142.15 |
| Account No.<br><br>John Deere Credit<br>POB 650215<br>Dallas, TX 75265-0215 | - | | Possible deficiency | | | | Unknown |
| Account No.<br><br>John Machka<br>7763 Forest Green Ln<br>Boynton Beach, FL 33436 | - | | October - November, 2009<br>Miscellaneous goods and services | | | | 537.56 |
| Account No.<br><br>Jorge Gonzalez<br>10650 US Hwy 441<br>Boynton Beach, FL 33437 | - | | 10/28/09 | | | | 90.00 |
| Account No.<br><br>Kaleel & Assoc<br>555 N Congress Av #301<br>Boynton Beach, FL 33426 | - | | February - October, 2009<br>Miscellaneous goods and services | | | | 78,174.00 |

Sheet no. __**10**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

192,943.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                      ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 9/10/09 | | | | |
| Kennco Manufacturing, Inc. POB 1149 Ruskin, FL 33575 | - | | Miscellaneous goods and services | | | | |
| | | | | | | | 1,211.24 |
| Account No. | | | September - January 2010 | | | | |
| Lewis Longman & Walker PA 1700 Palm Beach Lakes Blvd #1000 West Palm Beach, FL 33401 | - | | Miscellaneous goods and services | | | | |
| | | | | | | | 21,723.85 |
| Account No. | | | 11/1/08 - 3/2/09 | | | | |
| Lois DuBois, Ltd. 10932 Gleneagles Rd Boynton Beach, FL 33436 | - | | Loan | | | | |
| | | | | | | | 1,919,955.49 |
| Account No. | | | 10/19/09 | | | | |
| Luis F Mercado 9230 W Boynton Bch Blvd Boynton Beach, FL 33437 | - | | Miscellaneous goods and services | | | | |
| | | | | | | | 704.52 |
| Account No. | | | 9/14/09 | | | | |
| Mako Hose & Rubber Co. 8331 McAllister Way West Palm Beach, FL 33411 | - | | Miscellaneous goods and services | | | | |
| | | | | | | | 203.74 |

Sheet no. __11__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,943,798.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **DuBois & Son, LLC**                                                                    ,                    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Martino Tire**<br>**751 S Congress Av**<br>**West Palm Beach, FL 33406** | - | | **April - August, 2009**<br>**Miscellaneous goods and services** | | | | 10,117.60 |
| Account No.<br><br>**May Bros of Ft. Myers, Inc.**<br>**6226 Presidential Ct #F**<br>**Fort Myers, FL 33919** | - | | **July, 2007 to June, 1009**<br>**Miscellaneous goods and services** | | | | 637,815.75 |
| Account No.<br><br>**Melissa Braswell**<br>**12549 Oak Run Ct**<br>**Boynton Beach, FL 33436** | - | | **Loan** | | | | 151,110.07 |
| Account No.<br><br>**Miller Bearings, Inc.**<br>**POB 861758**<br>**Orlando, FL 32886-1758** | - | | **August - October, 2009**<br>**Miscellaneous goods and services** | | | | 9,561.93 |
| Account No. **xx1070**<br><br>**Mobley Greenhouse, Inc.**<br>**1265 Ga Hwy 133 N**<br>**Moultrie, GA 31768** | - | | **2006-2008**<br>**Miscellaneous goods and services** | | | | 1,211,470.36 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,020,075.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                    Case No. _____
                                            ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx1071** <br><br> **Mobley Greenhouse, Inc.** <br> **1265 Ga Hwy 133 N** <br> **Moultrie, GA 31768** | - | | | **2008 - 2009** <br> **Miscellaneous goods and services** | | | | 674,264.04 |
| Account No. <br><br> **Mobley Plant World, Inc.** <br> **1265 Ga Hwy 133 N** <br> **Moultrie, GA 31768** | - | | | **January - December, 2009** <br> **Miscellaneous goods and services** | | | | 3,828.48 |
| Account No. <br><br> **Monte Package Company** <br> **3752 Riverside Rd** <br> **Riverside, MI 49084-0126** | - | | | **January - October, 2009** <br> **Miscellaneous goods and services** | | | | 22,571.97 |
| Account No. <br><br> **Moores True Value Hardware, Inc.** <br> **7070 Seminoel Pratt Whitney Rd #16** <br> **Loxahatchee, FL 33470** | - | | | **June - October, 2009** <br> **Miscellaneous goods and services** | | | | 605.14 |
| Account No. <br><br> **MSC Industrial Supply Co., Inc.** <br> **Dept. CH 0075** <br> **Palatine, IL 60055-0075** | - | | | **August - September, 2009** <br> **Miscellaneous goods and services** | | | | 542.87 |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              701,812.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **DuBois & Son, LLC**                         ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **OmniLytics, Inc. 5450 W Wiley Post Wy Salt Lake City, UT 84116** | - | | | February - October, 2009 Miscellaneous goods and services | | | | 103,962.35 |
| Account No. **Pacific Collier Fresh Co. 925 New Harvest Rd Immokalee, FL 34142** | - | | | Credit balance | | | | 1,293.50 |
| Account No. **Palm Beach County Health Dept POB 29 Fiscal Office West Palm Beach, FL 33402** | - | | | 10/1/09 Miscellaneous goods and services | | | | 200.00 |
| Account No. **Palm Beach Spring Co., Inc. 324 Sunshine Rd West Palm Beach, FL 33411** | - | | | April - November, 2009 Miscellaneous goods and services | | | | 4,932.15 |
| Account No. **Palmdale Oil Co. 911 N 2 St Fort Pierce, FL 34950** | - | | | May - October, 2009 Miscellaneous goods and services | | | | 34,877.29 |

Sheet no. \_\_**14**\_\_ of \_\_**24**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     145,265.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | August - November, 2009 Miscellaneous goods and services | | | | |
| Patricia I. Brown 827 Sun Glow St Boynton Beach, FL 33436 | | | | | | | | |
| | | | | | | | | 878.00 |
| Account No. | | - | | 12/1/07 Miscellaneous goods and services | | | | |
| Pepper Research, Inc. POB 1068 Loxahatchee, FL 33470 | | | | | | | | |
| | | | | | | | | 35,000.00 |
| Account No. | | - | | May - October, 2009 Miscellaneous goods and services | | | | |
| Performance NAPA 209 S Main St Belle Glade, FL 33430 | | | | | | | | |
| | | | | | | | | 16,949.43 |
| Account No. | | - | | April - January, 2010 Accounting services | | | | |
| Pignato & Underwood CPA PA 101 SE 6 Av #A Delray Beach, FL 33483 | | | | | | | | |
| | | | | | | | | 8,195.00 |
| Account No. | | - | | January - February, 2009 Miscellaneous goods and services | | | | |
| Pliant Corporation POB 405646 Atlanta, GA 30384-5646 | | | | | | | | |
| | | | | | | | | 121,651.20 |

Sheet no. __15__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          182,673.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **DuBois & Son, LLC**                                                    ,        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2/13/09 Miscellaneous goods and services | | | | |
| Polygro, LLC POB 552157 Tampa, FL 33655-2157 | - | | | | | | | 46,914.00 |
| Account No. | | | | June - October, 2009 Miscellaneous goods and services | | | | |
| Praxair Distribution SE Dept 40473 Atlanta, GA 31192-0473 | - | | | | | | | 3,759.03 |
| Account No. | | | | May - September, 2009 Miscellaneous goods and services | | | | |
| R C B Electric Co., Inc. 709 Bond Way Delray Beach, FL 33483 | - | | | | | | | 5,419.80 |
| Account No. | | | | July & December, 2009 Crop insurance | | | | |
| Rain and Hail, LLC POB 10496 Des Moines, IA 50306 | - | | | | | | | 118,421.00 |
| Account No. | | | | 10/19/09 Miscellaneous goods and services | | | | |
| Raymond Horace Austin 3915 Lowson Blvd Delray Beach, FL 33445 | - | | | | | | | 529.99 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **175,043.82**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/25/09 Miscellaneous goods and services | | | | |
| Raymond M. Austin, Jr. 3915 Lowson Blvd Delray Beach, FL 33445 | - | | | | | | | 1,576.07 |
| Account No. | | | | 7/27/09 Miscellaneous goods and services | | | | |
| Republic Services of Palm Beach POB 9001702 Louisville, KY 40290-1702 | - | | | | | | | 282.90 |
| Account No. | | | | Miscellaneous goods and services | | | | |
| Rinker Systems, Inc. POB 690009 Orlando, FL 32869-0009 | - | | | | | | | 6,047.45 |
| Account No. | | | | Loan | | | | |
| Robert M. DuBois, Jr. 12782 Cocoa Pines Boynton Beach, FL 33436 | - | | | | | | | 381,171.68 |
| Account No. | | | | 9/14/09 Miscellaneous goods and services | | | | |
| Rogelio Ybarra 11305 State Road 7 Boynton Beach, FL 33437 | - | | | | | | | 240.81 |

Sheet no. __17__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    389,318.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **DuBois & Son, LLC**                                                                 ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous goods and services | | | | |
| Rogelio Ybarra Sr. 11321 State Road 7 Boynton Beach, FL 33437 | | - | | | | | 345.00 |
| Account No. | | | Credit balance | | | | |
| Rosemont RPC 2700 N Military Tr #410 Boca Raton, FL 33431 | | - | | | | | 436,800.00 |
| Account No. | | | April - October, 2009 Miscellaneous goods and services | | | | |
| RPM Diesel Engine Co., Inc. 2555 W. State Rd 84 Fort Lauderdale, FL 33312-9936 | | | | | | | 3,320.35 |
| Account No. | | | October, 2007 - August, 2009 Miscellaneous goods and services | | | | |
| Seminis Vegetable Seeds, Inc. 75 Remittance Dr #1755 Chicago, IL 60675-1755 | | - | | | | | 390,659.33 |
| Account No. | | | August - September, 2009 Miscellaneous goods and services | | | | |
| Sherwin Williams 440 NE 5 Av Delray Beach, FL 33483 | X | - | | | | | 2,324.01 |

Sheet no. __18__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

833,448.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **DuBois & Son, LLC**                                                              , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southern Precision SPI<br>POB 338<br>Lutz, FL 33548** | - | | | **June - September, 2009<br>Miscellaneous goods and services** | | | | **806.50** |
| Account No.<br><br>**Southern Waste Systems<br>790 Hillbrath Dr<br>Lake Worth, FL 33462** | | | | **8/17/09<br>Miscellaneous goods and services** | | | | **432.49** |
| Account No.<br><br>**Sprint<br>POB 4181<br>Carol Stream, IL 60197-4181** | | | | **September - October, 2009<br>Telephone service** | | | | **1,623.81** |
| Account No.<br><br>**Standard Coffee Service Co<br>POB 243765<br>Boynton Beach, FL 33424** | - | | | **August - October, 2009<br>Miscellaneous goods and services** | | | | **560.32** |
| Account No.<br><br>**Surge Solutions Group, Inc.<br>8120 Belvedere Rd #4<br>West Palm Beach, FL 33411** | - | | | **July - August, 2009<br>Miscellaneous goods and services** | | | | **68,572.19** |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**71,995.31**

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBois & Son, LLC**                                                                    Case No. _____
                                                           ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | 9/4/09 Miscellaneous goods and services | | | | |
| SWA Solid Waste Authority POB 24693 West Palm Beach, FL 33416-4693 | - | | | | | | | 106.99 |
| Account No. | | | | July - September, 2009 Miscellaneous goods and services | | | | |
| TAMCO Capital Corporation POB 6434 Carol Stream, IL 60197-6434 | - | | | | | | | 3,330.53 |
| Account No. | | | | August - November, 2009 Miscellaneous goods and services | | | | |
| The Palm Beach Post POB 24699 West Palm Beach, FL 33416-4699 | - | | | | | | | 134.78 |
| Account No. | | | | 7/31/09 Miscellaneous goods and services | | | | |
| The Waterman Company 4200 Oak Cir Boca Raton, FL 33431 | - | | | | | | | 117.68 |
| Account No. | | | | 10/19/09 Miscellaneous goods and services | | | | |
| Timothy F. Carroll 15400 Loxahatchee Rd Parkland, FL 33076 | - | | | | | | | 292.86 |

Sheet no. __20__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,982.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                              ,    Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**TRC Farm & Ind. Supply, Inc.**<br>**1024 Railroad St**<br>**Belle Glade, FL 33430** | - | | | **April - October, 2009**<br>**Miscellaneous goods and services** | | | | 9,968.01 |
| Account No.<br><br>**Triangle Chemical Company**<br>**POB 4528**<br>**Macon, GA 31208-4528** | - | | | **October, 2008 to October, 2009**<br>**Miscellaneous goods and services** | | | | 230,784.11 |
| Account No.<br><br>**TriTel, Inc.**<br>**POB 934691**<br>**Margate, FL 33093-4691** | - | | | **Miscellaneous goods and services** | | | | 198.00 |
| Account No.<br><br>**Tropical Land Design, Inc.**<br>**POB 541779**<br>**Lake Worth, FL 33454** | - | | | **October, 2007 to January, 2008**<br>**Miscellaneous goods and services** | | | | 67,145.00 |
| Account No.<br><br>**UAP Distribution, Inc.**<br>**Division II**<br>**POB 402819**<br>**Atlanta, GA 30384-2819** | - | | | **March, 2007 - September, 2008**<br>**Miscellaneous goods and services** | | | | 187,197.73 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

495,292.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **DuBois & Son, LLC** _____ ,          Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx1002**<br><br>UAP Distribution, Inc.<br>Division II<br>POB 402819<br>Atlanta, GA 30384-2819 | - | | | Miscellaneous goods and services | | | | 108,448.31 |
| Account No.<br><br>UniFirst Corporation<br>500 SW 13 Ter<br>Pompano Beach, FL 33069 | - | | | June - October, 2009<br>Miscellaneous goods and services | | | | 1,441.97 |
| Account No. **xx1780**<br><br>USDA-AMS<br>USDA PACA Branch<br>POB 790327<br>Saint Louis, MO 63179-0327 | - | | | 1/5/10<br>PACA Renewal | | | | 550.00 |
| Account No.<br><br>Vincent Munn<br>278 Akron Rd<br>Lake Worth, FL 33467 | - | | | September - November, 2009<br>Miscellaneous goods and services | | | | 1,726.00 |
| Account No. **xxxx-xxxx-xxxx-0325**<br><br>Visa Business Card<br>POB 15710<br>Wilmington, DE 19886-5710 | - | | | 10/17/09<br>Miscellaneous goods and services | | | | 9,842.30 |

Sheet no. __22__ of __24__ sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)          | 122,008.58 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBois & Son, LLC** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | April - October, 2009 Miscellaneous goods and services | | | | |
| W & W Lumber & Building Supplies, Inc. POB 1 Indiantown, FL 34956 | X | - | | | | | | 1,919.08 |
| Account No. | | | | September, 2008 - November, 2009 Miscellaneous goods and services | | | | |
| Wallace Rhodes 142 SE 10 Av Boynton Beach, FL 33435 | | - | | | | | | 24,049.98 |
| Account No. | | | | September - November, 2009 Miscellaneous goods and services | | | | |
| Waste Management POB 105453 Atlanta, GA 30348 | | - | | | | | | 1,191.14 |
| Account No. | | | | January - May, 2008 Miscellaneous goods and services | | | | |
| Weyerhauser Company International Paper POB 532629 Atlanta, GA 30353-2629 | | - | | | | | | 58,889.91 |
| Account No. | | | | 3/3/08 Loan | | | | |
| William DuBois, Jr. Trust POB 3705 West Palm Beach, FL 33402-3705 | | - | | | | | | 2,145,032.26 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,231,082.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **DuBois & Son, LLC**                                                   Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Windmill Sprinkler**<br>**9779 W Atlantic Av**<br>**Delray Beach, FL 33446** | - | | | **June - October, 2009**<br>**Miscellaneous goods and services** | | | | 7,032.12 |
| Account No.<br><br>**Wire Products of Florida**<br>**4300 NW 10 Av**<br>**Fort Lauderdale, FL 33309** | - | | | **5/27/09**<br>**Miscellaneous goods and services** | | | | 1,128.90 |
| Account No.<br><br>**Zehyrhill Natural Spring Water**<br>**POB 856680**<br>**Louisville, KY 40285-6680** | - | | | **June - November, 2009**<br>**Miscellaneous goods and services** | | | | 1,356.45 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 9,517.47 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 25,772,331.75 |

B6G (Official Form 6G) (12/07)

.

In re    **DuBois & Son, LLC**                                                        Case No. _____
                                                                          ,
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Boca Raton Associates VI, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real estate lease (1 Mile) dated 7/1/09, between Boca Raton Associates VI, LLLP and DuBois & Son, LLC, expires 6/30/10.** |
| **Boynton Beach Associates XIX, LLLP**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Attn: Larry Portnoy**<br>**Sunrise, FL 33323** | **Nonresidential real estate lease (Boynton Road) dated 7/1/09, between Boynton Beach Associates XIX, LLLP and DuBois & Son, LLC, expires 6/30/10.** |
| **Boynton Beach Associates XIX, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real estate lease (Mecca/Voustas) dated 7/1/09, between Boynton Beach Associates XIX, LLLP and DuBois & Son, LLC, expires 6/30/10.** |
| **Boynton Beach Associates XXII, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real property lease (Jill North) dated 7/1/09 between Boynton Beach Associates XXII, LLLP and DuBois & Son, LLC, expires 6/30/10.** |
| **Boynton Beach Associates XXIII, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real estate lease (Fogg 5) dated 7/1/09, between Boynton Beach Associates XXIII, LLLP and DuBois & Son, LLC; expires as to North premises on 1/15/10 and as to South premises on 6/30/10.** |
| **Boynton Beach Associates XXIII, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real estate lease (Jill South) betwen Boynton Beach Associates XXIII, LLLP and DuBois & Son, LLC, dated 7/1/09, expires 6/30/10.** |
| **Boynton Beach Associates XXIV, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real estate lease (Hyder West) dated 7/1/09, between Boynton beach Associates XXIV, LLLP and DuBois & Son, LLC, expires 6/30/10.** |
| **G.L. Homes of Palm Beach Associates, Ltd**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy #400**<br>**Sunrise, FL 33323** | **Non-residential real property lease (Bruschi) betwen Boynton Beach Associates X, LLLP, Boynton Beach Associates XVII, LLLP and G.L. Homes of Palm Beach Associates, Ltd. (Landlord) and DuBois & Son, LLC (Tenant) dated 7/1/09, expires 6/30/10.** |
| **Palm Beach West Associates I, LLLP**<br>**Attn: Larry Portnoy**<br>**1600 Sawgrass Corporate Pkwy. #400**<br>**Sunrise, FL 33323** | **Non-residential real estate lease between Debtor, as Tenant and Palm Beach West Associates I, LLLP, Indian Trails property, expires 6/30/11.** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **DuBois & Son, LLC**
_____ ,    Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **TAMCO Capital Corporation**<br>**POB 6434**<br>**Carol Stream, IL 60197-6434** | **Debtor leases telephone equipment from this creditor. The lease is long-standing. The Debtor cannot locate a copy of the lease. The telephone equipment is old, in bad condition and not in use. The equipment has not value.** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **DuBois & Son, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DuBois Harvesting, Inc.**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Internal Revenue Service**<br>**POB 21126**<br>**Philadelphia, PA 19114** |
| **DuBois Harvesting, Inc.**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Internal Revenue Service**<br>**POB 21126**<br>**Philadelphia, PA 19114** |
| **DuBois Harvesting, Inc.**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Dept. of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** |
| **R. DuBois Properties, LLC**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Grand Bank & Trust of Florida**<br>**2055 Palm Beach Lakes Blvd.**<br>**West Palm Beach, FL 33409** |
| **R. DuBois Properties, LLC**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Grand Bank & Trust**<br>**POB 3705**<br>**West Palm Beach, FL 33402-3705** |
| **R. DuBois Properties, LLC**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Grand Bank & Trust**<br>**POB 3705**<br>**West Palm Beach, FL 33402-3705** |
| **Robert M. DuBois Sr. Revocable Trust**<br>**5450 Flavor ict Rd**<br>**Boynton Beach, FL 33436** | **Grand Bank & Trust**<br>**POB 3705**<br>**West Palm Beach, FL 33402-3705** |
| **Robert M. DuBois, Jr.**<br>**12782 Cocoa Pine Dr**<br>**Boynton Beach, FL 33436** | **Sherwin Williams**<br>**440 NE 5 Av**<br>**Delray Beach, FL 33483** |
| **Robert M. DuBois, Jr.**<br>**12782 Cocoa Pine Dr**<br>**Boynton Beach, FL 33436** | **W & W Lumber & Building Supplies, Inc.**<br>**POB 1**<br>**Indiantown, FL 34956** |
| **Robert M. DuBois, Sr., Rev. Living Trust**<br>**10679 Spicewood Tr**<br>**Boynton Beach, FL 33435** | **Grand Bank & Trust**<br>**POB 3705**<br>**West Palm Beach, FL 33402-3705** |

**0**
____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

<h1 style="text-align:center">United States Bankruptcy Court</h1>
<h2 style="text-align:center">Southern District of Florida</h2>

In re    **DuBois & Son, LLC** _____    Case No. _____

_____    Chapter    **7** _____
Debtor(s)

<h1 style="text-align:center">DECLARATION CONCERNING DEBTOR'S SCHEDULES</h1>

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**68**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 11, 2010**_____    Signature    **/s/ Robert M. DuBois, Jr.**_____
**Robert M. DuBois, Jr.**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **DuBois & Son, LLC**                                                      Case No. _____

                                              Debtor(s)         Chapter      **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,022,557.72** | **2009: Gross Business Income** |
| **$10,554,632.42** | **2008: Gross Business Income** |
| **$95,442.32** | **2010 YTD: Gross Business Income** |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Sprint POB 4181 Carol Stream, IL 60197-4181 | 1/21/10 | $6,164.52 | $1,623.81 |

None ☐ c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached list | | $0.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| UAP Distribution, Inc. vs. DuBois & Son, LLC, etc., et al., Case No.08-80477-CIV-Ryskamp/Vitunac | Suit for damages | U.S. District Court, Southern District of Florida | Judgment entered 11/17/09. |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Howard Fertilizer & Chemical Company, Inc., etc. vs. DuBois & Son, LLC, etc., et al., Case No. 2009-CA-17858-O** | **Suit for damages** | **Circuit Court, Ninth Judicial Circuit in and for Orange County, Florida** | **Pending** |
| **Helena Chemical Company etc. v. Dubois & Son, LLC, etc., et al., Case No. 2009-CA024225XXXXXR - AG** | **Damages** | **Circuit Court, 15th Judicial Circuit of Florida in and for Palm Beach County** | **Pending** |
| **Barbara J. DuBois vs. DuBois & Son, LLC et al., Case No. 50 2009CA033482XXXXMB AO** | **Damages** | **Circuit Court, 1th Judicial Circuit, in and for Palm Beach County, Florida** | **Pending** |
| **Seminis Vegetable Seeds, Inc., etc. vs. Dubois Farms, Inc., et al, Case No. 50 2009CA037396XXXXMB** | **Damages** | **Circuit Court, 15th Judicial Circuit, Palm Beach County, Florida** | **Pending** |
| **Hendrix & Dail, Inc. etc. v. DuBois & Sons, LLC, Case No. 2010CA820** | **Complaint for Damages** | **Circuit Court, 12th Judicial Circuit, Manatee County, Florida** | **Pending** |
| **FCCI v. DuBois & Son, LLC, Case No. 502009CA18146** | **Suit for damages** | **Circuit Court, Palm Beach County, Florida** | **Default Final Judgment entered 1/7/10,** |

None
�■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John Deere Credit POB 650215 Dallas, TX 75265-0215** | **2/16/10** | **Returned John Deere 8420 Row-Crop Tractor, SN RW8420P034626** |
| **John Deere Credit POB 650215 Dallas, TX 75265-0215** | **2/16/10** | **Returned 2 John Deere 5520 utility tractors, SN LV5520S353040; SN LV5520S352651** |
| **John Deere Credit POB 650215 Dallas, TX 75265-0215** | **2/16/10** | **Returned 2 JOhn Deere 9420 4WD Tractors, SN RW9420P051832, SN RW9420P051827** |

4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Furr & Cohen 2255 Glades Rd. Suite 337W Boca Raton, FL 33431** | **6/4/09, $1,625, paid by Robert M. DuBois, Jr.; 9/22/09, $25,000 paid by Debtor; 1/13/10, $10,000 paid by Joan C. DuBois** | **$1,625, $25,000.00, $10,000** |

5

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Joan DuBois** <br> **10679 Spicewood Trail** <br> **Boynton Beach, FL 33436** <br>    **Insider** | **1/10** | **2008 Mercedes Benz 450, $44,000.00.** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **walace Rhoades**<br>**142 SE 10th Av**<br>**Boynton Beach, FL 33435-5654** | **2007 GMC Sierra 3/4 ton truck; 2008 Harley Davidson motorcycle; 2007 Rapture RV; 3 Snap-on tool boxes with tools; small tool box; John Deere special tools; 2004 Jeep Wrangler; engine and engine parts in Uhaul; tires; 2 dogs.  Value unknown** | **5450 Flavor Pict Rd., Boynton Beach, Fl 33436** |
| **DuBois Farms, Inc.**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** | **Office furniture, 2 picking lines; 2 golf carts, assorted bins and boxes, refrigeration units.** | **5450 Flavor Pict Rd, Boynton Beach, FL 33436** |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **DuBois & Son LLC**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33474** | | **6/18/09** | **Chapter 62-770, Florida Administrative Code. See attached.** |

None
☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Dubois & Son, LLC**<br>**5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33474** | | **9/24/09** | **Section 62-770, Florida Administrative Code. See attached.** |

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pirjo Rotert**<br>**3971 Black Forest Cir**<br>**Boynton Beach, FL 33436** | **4/3/06 to present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Pignato & Underwood, CPA** | **101 SE 6 Av #A**<br>**Delray Beach, FL 33483** | **2003 to present** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **DuBois & Son, LLC** | **5450 Flavor Pict Rd**<br>**Boynton Beach, FL 33436** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

**NAME AND ADDRESS**        **DATE ISSUED**

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert M. DuBois, Jr.**<br>**12782 Cocoa Pines Dr**<br>**Boynton Beach, FL 33436** | **Managing Member** | **66-2/3%** |
| **Melissa Braswell**<br>**12549 Oak Run Ct**<br>**Boynton Beach, FL 33436** | **Member** | **33-1/3%** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR
**See attached list**

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 11, 2010**

Signature **/s/ Robert M. DuBois, Jr.**

**Robert M. DuBois, Jr.**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

17.b.



## P.G. CERTIFICATION

Site Rehabilitation Completion Report dated August 24, 2009 (received August 27, 2009), for Dubois & Son, LLC, located at 5450 Flavor Pict Road, Boynton Beach, FDEP Facility ID# 508514094.

I hereby certify that in my professional judgment, the components of this Site Rehabilitation Completion Report prepared for the August 21, 1989 petroleum discharge discovered at the above referenced facility satisfy the requirements set forth in Chapter 62-770, Florida Administrative Code (F.A.C.), and that the conclusions in this report provide reasonable assurances that the site rehabilitation objectives stated in Chapter 62-770, F.A.C., have been met.

     ☑    I personally completed this review.

     ☐    This review was conducted by _____
           working under my direct supervision.

_____
David C. Gibson, P.G.
Professional Geologist 0000409
Resources Protection Division
Palm Beach County Department of
Environmental Resources Management

September 10, 2009
Date



# Florida Department of Environmental Protection

Bob Martinez Center
2600 Blair Stone Road
Tallahassee, Florida 32399-2400

Charlie Crist
Governor

Jeff Kottkamp
Lt. Governor

Michael W. Sole
Secretary

September 24, 2009

**CERTIFIED MAIL #7009 0820 0001 2298 6714**
**RETURN RECEIPT REQUESTED**

Mr. Ray Austin
Dubois & Son, LLC
5450 Flavor Pict Road
Boynton Beach, FL, 33436

Subject:    <u>Site Rehabilitation Completion Order</u>
            Dubois & Son, LLC
            5450 Flavor Pict Road
            Boynton Beach, Palm Beach County
            FDEP Facility ID# 508514094
            Discharge Date:  08/21/89 (PLRIP)
            Discharge Score:  60

Dear Mr. Austin:

The Palm Beach County Department of Environmental Resources Management (ERM), on behalf of the Florida Department of Environmental Protection (Department), has reviewed the Site Rehabilitation Completion Report (SRCR) and No Further Action Proposal (NFAP) dated August 24, 2009 (received August 27, 2009), prepared and submitted by Envirospec, Inc. for the petroleum product discharge referenced above.  Documentation submitted with the SRCR/NFAP confirms that criteria set forth in Subsection 62-770.730(5), Florida Administrative Code (F.A.C.), have been met.  The SRCR/NFAP is hereby incorporated by reference in this Site Rehabilitation Completion Order.  Therefore, you are released from any further obligation to conduct site rehabilitation at the facility for petroleum product contamination associated with the discharge referenced above, except as set forth below.

In the event concentrations of petroleum products' contaminants of concern increase above the levels approved in this Order, or if a subsequent discharge of petroleum or petroleum product occurs at the facility, the Department may require site rehabilitation to reduce concentrations of petroleum products' contaminants of concern to the levels approved in the SRCR/NFAP or otherwise allowed by Chapter 62-770, F.A.C.

<u>Legal Issues</u>

The Department's Order shall become final unless a timely petition for an administrative hearing is filed under Sections 120.569 and 120.57, Florida Statutes (F.S.), within 21 days of receipt of this Order.  The procedures for petitioning for an administrative hearing are set forth below.

Mr. Ray Austin
FDEP Facility ID# 508514094
September 24, 2009
Page two

Persons affected by this Order have the following options:

(A)     If you choose to accept the Department's decision regarding the SRCR/NFAP you do not have to do anything.  This Order is final and effective on the date filed with the Clerk of the Department, which is indicated on the last page of this Order.

(B)     If you choose to challenge the decision, you may do the following:

(1)     File a request for an extension of time to file a petition for an administrative hearing with the Department's Agency Clerk in the Office of General Counsel within 21 days of receipt of this Order; such a request should be made if you wish to meet with the Department in an attempt to informally resolve any disputes without first filing a petition for an administrative hearing; or

(2)     File a petition for an administrative hearing with the Department's Agency Clerk in the Office of General Counsel within 21 days of receipt of this Order.

Please be advised that mediation of this decision pursuant to Section 120.573, F.S., is not available.

<u>How to Request an Extension of Time to File a Petition for an Administrative Hearing</u>

For good cause shown, pursuant to Subsection 62-110.106(4), F.A.C., the Department may grant a request for an extension of time to file a petition for an administrative hearing. Such a request must be filed (received) by the Department's Agency Clerk in the Office of General Counsel at 3900 Commonwealth Boulevard, Mail Station 35, Tallahassee, Florida, 32399-3000, within 21 days of receipt of this Order.  Petitioner, if different from Dubois & Son, LLC, shall mail a copy of the request to Dubois & Son, LLC at the time of filing.  Timely filing a request for an extension of time tolls the time period within which a petition for an administrative hearing must be made.

<u>How to File a Petition for an Administrative Hearing</u>

A person whose substantial interests are affected by this Order may petition for an administrative hearing under Sections 120.569 and 120.57, F.S.  The petition must contain the information set forth below and must be filed (received) by the Department's Agency Clerk in the Office of General Counsel at 3900 Commonwealth Boulevard, Mail Station 35, Tallahassee, Florida, 32399-3000, within 21 days of receipt of this Order.  Petitioner, if different from Dubois & Son, LLC, shall mail a copy of the petition to Dubois & Son, LLC at the time of filing.  Failure to file a petition within this time period shall waive the right of anyone who may request an administrative hearing under Sections 120.569 and 120.57, F.S.

Pursuant to Subsection 120.569(2), F.S. and Rule 28-106.201, F.A.C., a petition for an administrative hearing shall contain the following information:

(a)     The name, address, and telephone number of each petitioner; the name, address, and telephone number of the petitioner's representative, if any; the facility owner's

Mr. Ray Austin
FDEP Facility ID# 508514094
September 24, 2009
Page three

       name and address, if different from the petitioner; the FDEP facility number, and the name and address of the facility;

(b)   A statement of when and how each petitioner received notice of the Department's action or proposed action;

(c)   An explanation of how each petitioner's substantial interests are or will be affected by the Department's action or proposed action;

(d)   A statement of the disputed issues of material fact, or a statement that there are no disputed facts;

(e)   A statement of the ultimate facts alleged, including a statement of the specific facts the petitioner contends warrant reversal or modification of the Department's action or proposed action;

(f)   A statement of the specific rules or statutes the petitioner contends require reversal or modification of the Department's action or proposed action; and

(g)   A statement of the relief sought by the petitioner, stating precisely the action petitioner wishes the Department to take with respect to the Department's action or proposed action.

This Order is final and effective on the date filed with the Clerk of the Department, which is indicated on the last page of this Order. Timely filing a petition for an administrative hearing postpones the date this Order takes effect until the Department issues either a final order pursuant to an administrative hearing or an Order Responding to Supplemental Information provided to the Department pursuant to meetings with the Department.

Judicial Review

Any party to this Order has the right to seek judicial review of it under Section 120.68, F.S., by filing a notice of appeal under Rule 9.110 of the Florida Rules of Appellate Procedure with the Department's Agency Clerk in the Office of General Counsel at 3900 Commonwealth Boulevard, Mail Station 35, Tallahassee, Florida, 32399-3000, and by filing a copy of the notice of appeal accompanied by the applicable filing fees with the appropriate district court of appeal. The notice of appeal must be filed within 30 days after this Order is filed with the Department's clerk (see below).

Questions

Any questions regarding ERM's review of your SRCR/NFAP should be directed to David C. Gibson, P.G. at (561) 233-2483. Questions regarding legal issues should be referred to the Department's Office of General Counsel at (850) 245-2242. Contact with any of the above does not constitute a petition for an administrative hearing or a request for an extension of time to file a petition for an administrative hearing.

8-3-09

Mr. Ray Austin
FDEP Facility ID# 508514094
September 24, 2009
Page four

      The FDEP Facility Number for this facility is 508514094.  Please use this identification
on all future correspondence with the Department or ERM.

                              Sincerely,

                              Michael E. Ashey, Chief  (Acting)
                              Bureau of Petroleum Storage Systems

MEA/dcg

ec:   Joe Lurix, FDEP Southeast District Office - Joe.Lurix@dep.state.fl.us
      David C. Gibson, P.G., Palm Beach County ERM - dcgibson@pbcgov.org
      Cindi Brunot, Envirospec, Inc. - espec95@aol.com
cc:   File


      FILING AND ACKNOWLEDGMENT
      FILED, on this date, pursuant to
      §120.52 Florida Statutes, with the
      designated Department Clerk, receipt
      of which is hereby acknowledged.


      _____        9/25/09
             Clerk                         Date
        (or Deputy Clerk)

17.a.



# Florida Department of Environmental Protection

Bob Martinez Center
2600 Blair Stone Road
Tallahassee, Florida 32399-2400

Charlie Crist
Governor

Jeff Kottkamp
Lt. Governor

Michael W. Sole
Secretary

June 18, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Joan C. Dubois, Lois Dubois LTD, Robert M. Dubois Sr., William A. Dubois Sr. Trust
PO Box 740180
Boynton Beach, FL 33474-0180

Re:   Request for Deductible Payment and Designation of Petroleum Contamination Cleanup
Contractor -- **PROMPT RESPONSE REQUIRED**
Dubois & Son LLC
5450 Flavor Pict Rd
Boynton Beach, FL
FDEP Facility # 508514094
Discharge Date: August 21, 1989

To Whom It May Concern:

The above referenced discharge is eligible for State funding assistance under the
Petroleum Liability Restoration Insurance Program PLRIP. Based on a priority score of 60
indicating a potential threat to human health and the environment, funding is available to begin
petroleum contamination clean up work.

Our records and the property tax appraiser's office indicate that you are the real property owner of
this site. The real property owner is considered the entity responsible for the petroleum
contamination at a site provided there is no legal agreement between you and another party
delegating site cleanup responsibility. If you believe that you have been contacted in error, please
notify me as soon as possible to provide us with any information you may have on who you feel
is the appropriate party for us to contact.

Review of our records indicates that the required PLRIP deductible for this discharge has not
been paid to the Florida Department of Environmental Protection (FDEP) as required by Section
376.3072, Florida Statutes (F.S.). This deductible must be paid within 60 days of this letter in
accordance with the instructions below and the enclosed invoice.

*"More Protection, Less Process"*
Visit Our Internet Site At: www.dep.state.fl.us/waste/categories/pcp/default.htm
*Printed on recycled paper*

*Revised 10/2004 LMS*

If you are financially unable to submit the entire amount of the invoice immediately, please contact me as soon as possible for information regarding the establishment of a limited payment schedule.

**PLEASE CAREFULLY REVIEW THE INSTRUCTIONS BELOW:**

**<u>Failure to Respond</u>**

Assuming that you are the appropriate party and were noticed to pay the deductible but have not done so, the issue of an unpaid deductible will be referred to the Office of General Counsel [OGC] and cost recovery may be pursued in court. Such an action will include a demand for the deductible and may also include a demand for attorney's fees, court costs and penalties. Additionally, failure to pay the required deductible may subject you to enforcement by the FDEP, the local government, or a third party to compel cleanup of the site at your own expense in accordance with Section 376.308(5), F.S. Due to the priority status of the site, the FDEP may select one of its cleanup contractors to begin conducting work on the contaminated area of your property. The transfer of the site to state cleanup does not relieve you of the responsibility for allowing site access. To avoid the above and as a condition of eligibility for state assistance, the necessary deductible must be provided within the **next 60 days.**

**<u>What You Need to Do</u>**

Please immediately remit **$500.00 with** the enclosed **invoice** to the following address:

> Florida Department of Environmental Protection
> Attn: Bureau Accountant
> Bureau of Petroleum Storage Systems
> 2600 Blair Stone Road – MS 4575
> Tallahassee, Florida 32399-2400

Attach a brief letter with your check that clearly indicates that the remittance is for the PLRIP deductible associated with Dubois & Son LLC, FDEP Facility ID 508514094.

**And**

To expedite processing please also send a copy of the check, letter and invoice to my attention at the letterhead address, Mail Station 4595.

Please note that the site's PLRIP eligibility has a spending cap of $1.2 Million. We cannot guarantee that this amount is sufficient to complete the site rehabilitation. The total cost of cleanup is dependent on many factors including the extent of contamination and site-specific conditions.

**Also**

23. + 3c.

**Payments**

DuBois & Son LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Barbara DuBois** | | | **ID: BD** | | | | | | | |
| *Paid Voucher* | | | | | | | | | | |
| 17223 | Feb 27, 2009 | | Feb 27, 2009 | 27788 | Feb 27, 2009 | Interest on Loan | Voucher | | | 7,500.00 |
| 17622 | May 08, 2009 | | May 08, 2009 | 28602 | May 08, 2009 | Loan Payment | Voucher | | | 100,000.00 |
| 17742 | Jun 09, 2009 | | Jun 09, 2009 | 28982 | Jun 09, 2009 | Interest on Loan | Voucher | | | 6,000.00 |
| | | | Total Gross: | 113,500.00 | Total Discount: | .00 | Total Net: | 113,500.00 | | 113,500.00 |
| **Cary Dean Braswell** | | | **ID: B07175** | | | | | | | |
| *Paid Voucher* | | | | | | | | | | |
| 16678 | Nov 07, 2008 | 081031 | Oct 31, 2008 | 26436 | Nov 06, 2008 | Truck Allowance Month of | Voucher | | | 150.00 |
| 16808 | Dec 05, 2008 | 081201 | Dec 01, 2008 | 26887 | Dec 05, 2008 | Truck Allowance-Month of | Voucher | | | 150.00 |
| 16962 | Jan 09, 2009 | 090102 | Jan 02, 2009 | 27128 | Jan 09, 2009 | Truck Allowance-Month of | Voucher | | | 150.00 |
| 17099 | Feb 04, 2009 | 090130 | Jan 30, 2009 | 27443 | Feb 06, 2009 | Truck Allowance-Month of | Voucher | | | 150.00 |
| 17266 | Mar 06, 2009 | 090228 | Feb 28, 2009 | 27721 | Mar 06, 2009 | Truck Allowance-Month of | Voucher | | | 150.00 |
| 17440 | Apr 03, 2009 | 090331 | Mar 31, 2009 | 28160 | Apr 03, 2009 | Truck Allowance-Month of | Voucher | | | 150.00 |
| 17641 | May 08, 2009 | 090501 | May 01, 2009 | 28645 | May 08, 2009 | Truck Allowance-Month of | Voucher | | | 150.00 |
| 17730 | Jun 05, 2009 | 090531 | May 31, 2009 | 28894 | Jun 05, 2009 | Truck Allowance Month of | Voucher | | | 150.00 |
| | | | Total Gross: | 1,200.00 | Total Discount: | .00 | Total Net: | 1,200.00 | | 1,200.00 |
| **Melissa DuBois Braswell** | | | **ID: B04533** | | | | | | | |
| *Paid Voucher* | | | | | | | | | | |
| | May 01, 2009 | | May 01, 2009 | 28585 | May 01, 2009 | Draw | Voucher | | | 1,000.00 |
| | Jun 12, 2009 | | Jun 12, 2009 | 29046 | Jun 12, 2009 | Draw | Voucher | | | 1,000.00 |
| | Jun 26, 2009 | | Jun 26, 2009 | 29121 | Jun 26, 2009 | Draw | Voucher | | | 1,000.00 |
| | Apr 24, 2009 | | Apr 24, 2009 | 28483 | Apr 24, 2009 | Draw | Voucher | | | 1,000.00 |
| | Apr 17, 2009 | | Apr 17, 2009 | 28422 | Apr 17, 2009 | Draw | Voucher | | | 1,000.00 |
| | Jul 03, 2009 | | Jul 03, 2009 | 29154 | Jul 03, 2009 | Draw | Voucher | | | 1,000.00 |
| | Jun 05, 2009 | | Jun 05, 2009 | 28980 | Jun 05, 2009 | Draw | Voucher | | | 1,000.00 |
| | May 29, 2009 | | May 29, 2009 | 28898 | May 29, 2009 | Draw | Voucher | | | 1,000.00 |
| | May 22, 2009 | | May 22, 2009 | 28842 | May 22, 2009 | Draw | Voucher | | | 1,000.00 |
| | May 15, 2009 | | May 15, 2009 | 28774 | May 15, 2009 | Draw | Voucher | | | 1,000.00 |
| | Jun 19, 2009 | | Jun 19, 2009 | 29092 | Jun 19, 2009 | Draw | Voucher | | | 1,000.00 |
| | May 08, 2009 | | May 08, 2009 | 28709 | May 08, 2009 | Draw | Voucher | | | 1,000.00 |
| | | | Total Gross: | 12,000.00 | Total Discount: | .00 | Total Net: | 12,000.00 | | 12,000.00 |
| **Robert M Dubois Jr** | | | **ID: D4749** | | | | | | | |
| *Paid Voucher* | | | | | | | | | | |
| 17891 | Aug 21, 2009 | | Aug 21, 2009 | 29418 | Aug 21, 2009 | Draw | Voucher | | | 5,000.00 |
| | | | Total Gross: | 5,000.00 | Total Discount: | .00 | Total Net: | 5,000.00 | | 5,000.00 |
| **Robert M DuBois Sr** | | | **ID: D4700** | | | | | | | |
| *Paid Voucher* | | | | | | | | | | |
| 16958 | Jan 05, 2009 | | Dec 24, 2008 | 27143 | Jan 05, 2009 | Reimbursement - Triangle | Voucher | | | 12,920.00 |
| 16958 | Jan 05, 2009 | | Nov 24, 2008 | 26872 | Dec 31, 2008 | Exp Reimb - Triangle Che | Voucher | | | 5,025.00 |
| 17447 | Mar 31, 2009 | | Jan 23, 2009 | 28167 | Feb 20, 2009 | Exp Reimb Triangle Chem | Voucher | | | 17,258.50 |
| 17460 | Apr 03, 2009 | | Apr 03, 2009 | 28242 | Apr 03, 2009 | Loan Payment | Voucher | | | 20,000.00 |
| 17508 | Apr 13, 2009 | | Apr 13, 2009 | 28340 | Apr 13, 2009 | Loan Payment | Voucher | | | 35,500.00 |
| 17639 | May 06, 2009 | | May 06, 2009 | 28612 | May 06, 2009 | Loan Payment | Voucher | | | 10,000.00 |
| 17892 | Aug 21, 2009 | | Aug 21, 2009 | 29421 | Aug 21, 2009 | | Voucher | | | 5,000.00 |
| | | | Total Gross: | 105,703.50 | Total Discount: | .00 | Total Net: | 105,703.50 | | 105,703.50 |
| **William A Dubois Jr.** | | | **ID: D01402** | | | | | | | |
| *Paid Voucher* | | | | | | | | | | |
| 17224 | Feb 27, 2009 | | Feb 27, 2009 | 27789 | Feb 27, 2009 | Loan Payment | Voucher | | | 25,000.00 |
| 17315 | Mar 19, 2009 | | Mar 16, 2009 | 28010 | Mar 19, 2009 | Loan Payment | Voucher | | | 25,000.00 |
| 17616 | May 01, 2009 | | May 01, 2009 | 28600 | May 01, 2009 | Loan Payment | Voucher | | | 18,000.00 |
| 17660 | May 11, 2009 | | May 08, 2009 | 28711 | May 11, 2009 | Loan Payment | Voucher | | | 15,000.00 |
| 17850 | Jul 30, 2009 | | Jul 30, 2009 | 29294 | Jul 30, 2009 | Loan Payment | Voucher | | | 5,000.00 |
| 17893 | Aug 21, 2009 | | Aug 21, 2009 | 29420 | Aug 21, 2009 | | Voucher | | | 5,000.00 |

**Payments**

DuBois & Son LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **William A Dubois Jr.** | | | **ID: D01402** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 17911 | Aug 26, 2009 | | Aug 26, 2009 | 29466 | Aug 26, 2009 | . | Voucher | | | 5,000.00 |
| | | Total Gross: | 98,000.00 | Total Discount: | .00 | | Total Net: | 98,000.00 | | 98,000.00 |
| Grand Totals: | | Gross: | 335,403.50 | Discount: | .00 | | Net: | 335,403.50 | | 335,403.50 |

```
Robert M. DuBois, Jr.    1/29/10                              $1,440.00
Robert M. DuBois, Jr.    2/11/10                               3,000.00
```

## United States Bankruptcy Court
### Southern District of Florida

In re   **DuBois & Son, LLC** _____    Case No. _____

                             Debtor(s)        Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 11, 2010** _____        **/s/ Robert M. DuBois, Jr.** _____

                                           **Robert M. DuBois, Jr.**/Managing Member
                                           Signer/Title

.

Agricare
1091 SE Buttonwood Cir
Stuart, FL 34997


Air Ref, Inc.
550 Industrial Way #D
Boynton Beach, FL 33426


Aspen Publishers, Inc.
4829 Innovation Way
Chicago, IL 60682-0048


AT&T
POB 105262
Atlanta, GA 30348-5262


AT&T Mobility
POB 6463
Carol Stream, IL 60197-6463


Barbara DuBois
921 SW 36 Av
Boynton Beach, FL 33435


Bartolome Salazar
9130 W Atlantic Av
Delray Beach, FL 33446


Beauvis LTEE
27 Rue St-Louis
Villa Lemoyne
Quebec J4R 2L3
CANADA


Beefy Produce, Inc.
14339 Smith Sundy Rd
Delray Beach, FL 33446


Beefy Tree Farm, Inc.
14339 Smith Sundy Rd
Delray Beach, FL 33446

Boca Raton Associates VI, LLLP
Attn: Larry Portnoy
1600 Sawgrass Corporate Pkwy #400
Sunrise, FL 33323


Boynton Beach Associates XIX, LLLP
1600 Sawgrass Corporate Pkwy #400
Attn:  Larry Portnoy
Sunrise, FL 33323


Boynton Beach Associates XIX, LLLP
Attn:  Larry Portnoy
1600 Sawgrass Corporate Pkwy #400
Sunrise, FL 33323


Boynton Beach Associates XXII, LLLP
Attn:  Larry Portnoy
1600 Sawgrass Corporate Pkwy #400
Sunrise, FL 33323


Boynton Beach Associates XXIII, LLLP
Attn:  Larry Portnoy
1600 Sawgrass Corporate Pkwy #400
Sunrise, FL 33323


Boynton Beach Associates XXIV, LLLP
Attn: Larry Portnoy
1600 Sawgrass Corporate Pkwy #400
Sunrise, FL 33323


Briggs Construction Equipment, Inc.
POB 409794
Atlanta, GA 30384-9794


Carl's Pest Control, Inc.
3960 89th Rd S
Boynton Beach, FL 33436


Carquest Auto Parts Stores
POB 404875
Atlanta, GA 30384-4875


Certex USA, Inc.
POB 201553
Dallas, TX 75320-1553

```
Comcast
POB 105184
Atlanta, GA 30348-5184


Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


DuBois Farms, Inc.
5450 Flavor Pict Rd
Boynton Beach, FL 33436


DuBois Harvesting, Inc.
5450 Flavor Pict Rd
Boynton Beach, FL 33436


Enterprise Fleet Service
Accounts Receivable
POB 970639
Coconut Creek, FL 33097


Enterprise Truck Brokers, Inc.
1300 S French Av #6A
Sanford, FL 32771


Envirospec, Inc.
2755 S Federal Hwy #3
Boynton Beach, FL 33435


Everglades Farm Equipment Co.
POB 910
Airprot Rd
Belle Glade, FL 33430


FCCI Insurance Company
POB 58005
Sarasota, FL 34232-0801


FCCI Insurance Group
POB 58005
Sarasota, FL 34232-0801
```

```
Federal Express Corp.
POB 660481
Dallas, TX 75266-0481


Finishmaster, Inc.
POB 532587
Atlanta, GA 30353-2587


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Ford Credit
POB 105697
Atlanta, GA 30348-5697


Four Steel
POB 1490
Boynton Beach, FL 33425


G&G Produce Corporation
11890 NW 87 Ct, Bay 1, 2, 3
Hialeah Gardens, FL 33018


G. Neil
POB 451179
Sunrise, FL 33345-1179


G.L. Homes of Palm Beach Associates, Ltd
Attn: Larry Portnoy
1600 Sawgrass Corporate Pkwy #400
Sunrise, FL 33323


Gentry Apiaries, Inc.
POB 1032
Loxahatchee, FL 33470


Grand Bank & Trust
POB 3705
West Palm Beach, FL 33402-3705


Grand Bank & Trust of Florida
2055 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
```

Grand Central Engineering
6753 Kingspointe Pkwy #112
Orlando, FL 32819


Gulf Seed, Inc.
1648 Loves Point Dr
Leesburg, FL 34748


Gulfstream Graphics, Inc.
955 S Congress Av #103
Delray Beach, FL 33445


Helena Chemical Co.
POB 198153
Atlanta, GA 30384-8153


Hendrix and Dail, Inc.
7610 US Hwy 41 North
Palmetto, FL 34221


Heritage Propane
14591 S Military Tr
Delray Beach, FL 33484


Home Depot Credit Services
POB 6029
The Lakes, NV 88901-6029


Howard Fertilizer & Chemical Co., Inc.
POB 850001
Orlando, FL 32885-0413


Hydraulic Supply Co., Inc.
POB 552530
Fort Lauderdale, FL 33355


I C Industries, Inc.
POB 919271
Orlando, FL 32891-9271


Indiantown Gas Company
POB 8
Indiantown, FL 34956

Internal Revenue Service
POB 21126
Philadelphia, PA 19114


International Paper
POB 532629
Atlanta, GA 30353-2629


J & J Auto Electric
4705-D Southern Blvd
West Palm Beach, FL 33415-2096


J&J Produce, Inc.
4003 Seminole Pratt Whitney Rd
Loxahatchee, FL 33470


James Bunting
3149 Millwood Terrace, M219
Boca Raton, FL 33431


Jason D. Lazarus, Esq
Holland & Knight LLP
222 Lakeview Av #1000
West Palm Beach, FL 33401


Joan DuBois
10679 Spicewood Tr
Boynton Beach, FL 33435


John B. Kennelly
6849 Cobia Cir
Boynton Beach, FL 33437


John Deere Credit
POB 650215
Dallas, TX 75265-0215


John H. Mueller, Esq
Smith Clark Bierly Mueller
POB 2939
Tampa, FL 33601-2939


John Machka
7763 Forest Green Ln
Boynton Beach, FL 33436

Jorge Gonzalez
10650 US Hwy 441
Boynton Beach, FL 33437


Kaleel & Assoc
555 N Congress Av #301
Boynton Beach, FL 33426


Kennco Manufacturing, Inc.
POB 1149
Ruskin, FL 33575


Lewis Longman & Walker PA
1700 Palm Beach Lakes Blvd #1000
West Palm Beach, FL 33401


Lois DuBois, Ltd.
10932 Gleneagles Rd
Boynton Beach, FL 33436


Luis F Mercado
9230 W Boynton Bch Blvd
Boynton Beach, FL 33437


Mako Hose & Rubber Co.
8331 McAllister Way
West Palm Beach, FL 33411


Mark A. Perry, Esq
50 SE 4 Av
Delray Beach, FL 33483


Martino Tire
751 S Congress Av
West Palm Beach, FL 33406


May Bros of Ft. Myers, Inc.
6226 Presidential Ct #F
Fort Myers, FL 33919


Melissa Braswell
12549 Oak Run Ct
Boynton Beach, FL 33436

Michael A. Paasch, Esquire
Mateer & Harbert, PA
POB 2854
Orlando, FL 32802-2854


Miller Bearings, Inc.
POB 861758
Orlando, FL 32886-1758


Mobley Greenhouse, Inc.
1265 Ga Hwy 133 N
Moultrie, GA 31768


Mobley Plant World, Inc.
1265 Ga Hwy 133 N
Moultrie, GA 31768


Monte Package Company
3752 Riverside Rd
Riverside, MI 49084-0126


Moores True Value Hardware, Inc.
7070 Seminoel Pratt Whitney Rd #16
Loxahatchee, FL 33470


MSC Industrial Supply Co., Inc.
Dept. CH 0075
Palatine, IL 60055-0075


OmniLytics, Inc.
5450 W Wiley Post Wy
Salt Lake City, UT 84116


Pacific Collier Fresh Co.
925 New Harvest Rd
Immokalee, FL 34142


Palm Beach County Health Dept
POB 29 Fiscal Office
West Palm Beach, FL 33402


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Palm Beach Spring Co., Inc.
324 Sunshine Rd
West Palm Beach, FL 33411


Palm Beach West Associates I, LLLP
Attn: Larry Portnoy
1600 Sawgrass Corporate Pkwy. #400
Sunrise, FL 33323


Palmdale Oil Co.
911 N 2 St
Fort Pierce, FL 34950


Patricia I. Brown
827 Sun Glow St
Boynton Beach, FL 33436


Pepper Research, Inc.
POB 1068
Loxahatchee, FL 33470


Performance NAPA
209 S Main St
Belle Glade, FL 33430


Pignato & Underwood CPA PA
101 SE 6 Av #A
Delray Beach, FL 33483


Pliant Corporation
POB 405646
Atlanta, GA 30384-5646


Polygro, LLC
POB 552157
Tampa, FL 33655-2157


Praxair Distribution SE
Dept 40473
Atlanta, GA 31192-0473


R C B Electric Co., Inc.
709 Bond Way
Delray Beach, FL 33483

R. DuBois Properties, LLC
POB 740180
Boynton Beach, FL 33474-0180


R. DuBois Properties, LLC
5450 Flavor Pict Rd
Boynton Beach, FL 33436


Rain and Hail, LLC
POB 10496
Des Moines, IA 50306


Raymond Horace Austin
3915 Lowson Blvd
Delray Beach, FL 33445


Raymond M. Austin, Jr.
3915 Lowson Blvd
Delray Beach, FL 33445


Republic Services of Palm Beach
POB 9001702
Louisville, KY 40290-1702


Rinker Systems, Inc.
POB 690009
Orlando, FL 32869-0009


Robert C. Stone, Esq
555 S Federal Hwy #450
Boca Raton, FL 33432


Robert M. DuBois Sr. Revocable Trust
POB 740180
Boynton Beach, FL 33474


Robert M. DuBois, Jr.
12782 Cocoa Pines
Boynton Beach, FL 33436


Robert M. DuBois, Jr.
12782 Cocoa Pine Dr
Boynton Beach, FL 33436

Robert M. DuBois, Sr., Rev. Living Trust
10679 Spicewood Tr
Boynton Beach, FL 33435


Rogelio Ybarra
11305 State Road 7
Boynton Beach, FL 33437


Rogelio Ybarra Sr.
11321 State Road 7
Boynton Beach, FL 33437


Rosemont RPC
2700 N Military Tr #410
Boca Raton, FL 33431


RPM Diesel Engine Co., Inc.
2555 W. State Rd 84
Fort Lauderdale, FL 33312-9936


Seminis Vegetable Seeds, Inc.
75 Remittance Dr #1755
Chicago, IL 60675-1755


Sherwin Williams
440 NE 5 Av
Delray Beach, FL 33483


Southern Precision SPI
POB 338
Lutz, FL 33548


Southern Waste Systems
790 Hillbrath Dr
Lake Worth, FL 33462


Sprint
POB 4181
Carol Stream, IL 60197-4181


Standard Coffee Service Co
POB 243765
Boynton Beach, FL 33424

Stephen B. Gebeloff, Esquire
5255 N Federal Hwy 3d Fl
Boca Raton, FL 33487


Surge Solutions Group, Inc.
8120 Belvedere Rd #4
West Palm Beach, FL 33411


SWA Solid Waste Authority
POB 24693
West Palm Beach, FL 33416-4693


TAMCO Capital Corporation
POB 6434
Carol Stream, IL 60197-6434


The Palm Beach Post
POB 24699
West Palm Beach, FL 33416-4699


The Waterman Company
4200 Oak Cir
Boca Raton, FL 33431


Timothy F. Carroll
15400 Loxahatchee Rd
Parkland, FL 33076


TRC Farm & Ind. Supply, Inc.
1024 Railroad St
Belle Glade, FL 33430


Triangle Chemical Company
POB 4528
Macon, GA 31208-4528


TriTel, Inc.
POB 934691
Margate, FL 33093-4691


Tropical Land Design, Inc.
POB 541779
Lake Worth, FL 33454

UAP Distribution, Inc.
Division II
POB 402819
Atlanta, GA 30384-2819


UniFirst Corporation
500 SW 13 Ter
Pompano Beach, FL 33069


USDA-AMS
USDA PACA Branch
POB 790327
Saint Louis, MO 63179-0327


Vincent Munn
278 Akron Rd
Lake Worth, FL 33467


Visa Business Card
POB 15710
Wilmington, DE 19886-5710


W & W Lumber & Building Supplies, Inc.
POB 1
Indiantown, FL 34956


Wallace Rhodes
142 SE 10 Av
Boynton Beach, FL 33435


Waste Management
POB 105453
Atlanta, GA 30348


Weyerhauser Company
International Paper
POB 532629
Atlanta, GA 30353-2629


William DuBois, Jr. Trust
POB 3705
West Palm Beach, FL 33402-3705

William J. Dubois Jr.
1126 Miramar Dr
Delray Beach, FL 33483


Windmill Sprinkler
9779 W Atlantic Av
Delray Beach, FL 33446


Wire Products of Florida
4300 NW 10 Av
Fort Lauderdale, FL 33309


Zehyrhill Natural Spring Water
POB 856680
Louisville, KY 40285-6680